# Exhibit 1

| Vendor Name | Spend | Total Calls | Total Sales |
|---|---|---|---|
| Rate Velocity | $ 455 | 23 | 1 |
| QuoteStorm | $ 390 | 41 | 1 |
| HFI-PMPM | $ 3,315 | 154 | 18 |
| HFI-PMPM | $ 325 | 16 | 2 |
| Tec | $ 900 | 44 | 6 |
| NM | $ 21,210 | 1,005 | 148 |
| xel | $ 1,500 | 64 | 11 |
| nerva | $ 168,393 | 4,303 | 1,282 |
| hart | $ 79,130 | 3,226 | 612 |
| EL | $ 1,755 | 69 | 14 |
| MJ | $ 3,705 | 193 | 30 |
| ACA | $ 169,990 | 7,326 | 1,391 |
| et | $ 19,605 | 977 | 163 |
| ptimize | $ 2,695 | 169 | 23 |
| ealth Quotes | $ 4,936 | 207 | 43 |
| olicy Bind | $ 60,000 | 2,093 | 525 |
| NHA | $ 5,610 | 273 | 50 |
| onsumer Genius | $ 5,390 | 277 | 51 |
| Wisdom | $ 26,785 | 1739 | 288 |
| ale Dynamics | $ 495 | 18 | 7 |
| MRL Media | $ 320 | 18 | 6 |
| LMS | $ 60 | 5 | - |
| ench | - | - | - |
| ited | $ 100 | 16 | - |
| ertical Pulse | - | - | - |
| R Fronters | - | 61 | 13 |
| ATT1_LMX | - | - | - |
| oyd-MW | - | - | - |

**ENHANCE:**

| State | Sales | CPA |
|---|---|---|
| GA | 636 | 134 |
| MD | 213 | 131 |
| TN | 359 | 123 |
| OH | 319 | 122 |
| OK | 168 | 116 |
| NM | 293 | 116 |
| SC | 1,249 | 115 |
| TX | 437 | 114 |
| FL | 274 | 112 |
| MS | | |

Lowest Closing Percentage

| Agent Name | Downline | Closing % |
|---|---|---|
| Jessica Paulo | NCCI | 2 |
| Amanda Martinez | AVENTA | 4 |
| Brandon Rodriguez | AVENTA | 4 |
| Cory Harrison | HIFA | 4 |
| David Elias | AHG | 4 |
| Jerusalem Cashen | CHPNHA2 | 5 |
| Robin Rebecca | PM | 5 |
| Michael Mirando | HPI | 5 |
| Simone Royal | NCCI | 6 |
| Darian Stewart | HIPPO | 6 |
| Hillary Samuels | DII | 6 |
| Nokia Osborne | | 6 |

Lowest Closing Percentage

| Agent Name | Team Lead | Closing % |
|---|---|---|
| Sheila Arthur | Collin | 4 |
| Amanda Martinez | Kash | 12 |
| Cory Harrison | Collin | 12 |
| Uricka Thomas | Kash | 12 |
| Sukail McCloud | Collin | 14 |
| Lovely Seraphin | Savian | 15 |
| Carlheinz Caprice | Sasha | 15 |
| Finesse Shelton | Kash | 16 |
| Alexander Juarez | Antoinette | 16 |
| Jose Luis Aviles Jr | Antoinette | 16 |
| athaniel Castano | Sasha | 16 |

Lowest Number of Sales

| Agent Name | Team Lead | Policies |
|---|---|---|
| Sheila Arthur | Collin | 1 |
| Amanda Martinez | Kash | 4 |
| Jose Luis Aviles Jr | Antoinette | 5 |
| Lovely Seraphin | Sasha | 5 |
| Finesse Shelton | Kash | 5 |
| Carlheinz Caprice | Savian | 6 |
| Alexander Juarez | Antoinette | 7 |
| Cory Harrison | Collin | 7 |
| hawathia wilson | Kash | 7 |
| Uricka Thomas | Kash | 7 |
| Tyrello Johnson | Savian | 7 |

Lowest Number of Sales

| Agent Name | Downline | Policies |
|---|---|---|
| Jessica Paulo | NCCI | 1 |
| Amanda Martinez | CHPNHA2 | 1 |
| Robin Rebecca | CHPNHA2 | 1 |
| Kurt Pancham | NHA | 1 |
| Brandon Rodriguez | AVENTA | 2 |
| Jerusalem Cashen | AHG | 2 |
| Michael Mirando | PM | 2 |
| Joseph Pimental | CHPNHA2 | 2 |
| Vonkeyce Spencer | SHG | 2 |
| Kenyatta Lawery | HIPPO | 2 |
| David Elias | HIFA | 3 |

Highest CPA

| Agent Name | Team Lead | CPA |
|---|---|---|
| Sheila Arthur | Collin | $ 955 |
| Amanda Martinez | Kash | $ 285 |
| Jose Luis Aviles Jr | Antoinette | $ 250 |
| Lovely Seraphin | Sasha | $ 231 |
| Finesse Shelton | Kash | $ 223 |
| Alexander Juarez | Antoinette | $ 222 |
| Cory Harrison | Collin | $ 219 |
| hawathia wilson | Kash | $ 208 |
| Uricka Thomas | Kash | $ 194 |
| Tyrello Johnson | Kash | $ 171 |

Highest CPA

| Agent Name | Downline | CPA |
|---|---|---|
| Brandon Rodriguez | AVENTA | $ 843 |
| Robin Rebecca | CHPNHA2 | $ 555 |
| Xavier Rodriguez Khan | GLS | $ 457 |
| Jessica Paulo | NCCI | $ 440 |
| Vonkeyce Spencer | SHG | $ 420 |
| Simone Royal | HPI | $ 375 |
| Joseph Pimental | CHPNHA2 | $ 373 |
| Justin Espinal | AVENTA | $ 323 |
| Samaira Walker | HPI | $ 293 |
| Jerusalem Cashen | AHG | $ 293 |

Lowest CPA

| Agent Name | Team Lead | CPA |
|---|---|---|
| Kadeem Granston | Sasha | $ 71 |
| Jesse Ramos | Sasha | $ 74 |
| Teddraleeann Smith | Antoinette | $ 75 |
| Kevin Walters | Savian | $ 83 |
| Ariel Hunter | Sasha | $ 90 |
| Matthew Woodall | Savian | $ 91 |
| Nadiana Pericas | Collin | $ 91 |
| Scardy Desiree | Marie | $ 92 |
| David Young | Savian | $ 94 |
| Nicholas Nelson | Antoinette | $ 97 |

Exhibit C