## DECLARATION OF BAYLA SMITH

COMES NOW Bayla Smith a/k/a Baila Smith-Kaplan, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 4554506).

3.

I worked for TrueCoverage and Speridian Technologies (collectively referred to as "TrueCoverage") from approximately July 2023 to March 19, 2024 at a call center in Deerfield Beach, Florida.

4.

Throughout my tenure with TrueCoverage, consumers called into our call center in response to advertisements. Consumers were calling in expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash cards did not exist and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

5.

The sales scripts that TrueCoverage required us to follow misled consumers about the cash cards being promised. For example, the sales script instructed us to open the call with the following:

> Thank you for calling TrueCoverage. This is _____ speaking on a recorded line. How are you doing today?

6.

After the consumer responded to the initial question, the sales script instructed us to say: "Fantastic, and you saw the prequalified result that led you to us?"

7.

The "prequalified result" was a reference to the false advertisement telling the consumer that they were prequalified to receive the cash card.

8.

The sales scripts also provided us with rebuttals that we were required to use when responding to questions about the cash cards. The rebuttals required us to be vague about the cash card. For example, one of the rebuttals instructed us to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

9.

Throughout my tenure, TrueCoverage and Speridian executives and management, including Matthew Goldfuss, National Sales Director, John Runkel, Sr. Director of Quality Assurance, Kevin Hale, and Gabriel Harrison, Regional Director, knew that consumers were calling in response to the false advertisements promising cash cards and they pressured agents to use them to enroll consumers into ACA plans.

10.

Throughout my time at TrueCoverage, we were instructed by management, including Matthew Goldfuss and Gabriel Harrison, to enroll consumers into health plans no matter what, even if they already had health insurance. If consumers that called in already had an ACA health insurance plan, we were instructed to re-enroll them anyway whether or not it was appropriate for their needs.

11.

TrueCoverage knew that consumers were complaining to TrueCoverage, state insurance regulators and CMS about the company using fraudulent advertisements to enroll consumers and switching consumers into new ACA plans without their consent. For example, on or about January 11, 2023, Matthew Goldfuss sent an email out to agents, which stated as follows:

**Subject:** Emails from CMS or DOI's

Good afternoon team,

If you receive an email from CMS or a Department of Insurance from any particular state, **DO NOT RESPOND!** Let me repeat, **DO NOT RESPOND!** Forward them over to me, we will send that off to our compliance team to investigate the complaints and we will create the response to back up any allegation that is made.

If you respond to the complaint yourself, you are putting yourself at risk. We have the recordings, call logs, email and text communications to corroborate any enrollment that was done.

Again, **DO NOT RESPOND** if you get that email, forward it on over to me and we'll take care of it.

Thank you



One-stop-shop for all your Insurance needs.

**Matthew Goldfuss** | National Director – Individual & Medicare Sales
Truecoverage LLC | 2400 Louisiana Blvd SE, Bldg 3, Albuquerque, NM 87110
O: (505) 384-7478 | M: (305-600-4184)
Email: matthew.goldfuss@truecoverage.com |
www.truecoverage.com

12.

TrueCoverage also knew that there was a threat of a possible class action lawsuit, because the Plaintiffs' attorneys in this case released an online announcement that they were investigating TrueCoverage for its use of online advertisements falsely promising cash cards to enroll consumers.

13.

Agents at the Deerfield Beach call center expressed concern to management about the investigation(s) and Gabriel Harrison downplayed their significance.

14.

Despite TrueCoverage's attempts internally to minimize the significance of investigations by regulators and attorneys, in the first quarter of 2024, TrueCoverage's management claimed to have instituted a zero-tolerance policy on using fraudulent advertisements. I can confirm that call volumes significantly dropped in February 2024.

15.

On or about March 15, 2024, Gabriel Harrison had agents lined up, waiting outside his office. One by one they were being fired. That morning, Michele Wilson, who was with human resources, asked to have a skip level HR discussion/meeting with me on Monday, March 18. I told her that I was taking that Monday off and suggested Tuesday, March 19.

16.

All of this made me very disgusted and as I thought about it over the following weekend, I realized that I could no longer subject myself to that kind of work environment.

17.

Over the weekend, March 16-17, 2024, while I was at home, I logged into my TrueCoverage portal, because I decided that I was going to resign and not go back to work there and not make it to the Tuesday meeting. I wanted to review the email that Michelle sent me regarding the meeting.

18.

When I logged in, I was going through emails and I looked at the group chats, Zoom meetings, and noticed that a lot of Teams group chat messages, emails and recordings that previously existed was deleted. For example, TrueCoverage had a Microsoft Teams Group Chat for the Deerfield Beach call center. I knew that there were a lot of group chat entries that incriminated TrueCoverage's management, including Matthew Goldfuss, Gabriel Harrison and Kevin Hale. The incriminating entries were gone. I noticed that there were also incriminating emails that were gone. In addition, there were Microsoft Teams recorded video conferences that contained incriminating statements by TrueCoverage's management. Those recordings were gone.

19.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 17, 2024.

Bayla Smith (Jun 17, 2024 22:39 EDT)

Bayla Smith

# Bayla Smith Declaration
Final Audit Report                                                                                       2024-06-18

| | |
|---|---|
| Created: | 2024-06-17 |
| By: | Jason Doss ( ███████████ ) |
| Status: | Signed |
| Transaction ID: | ███████████████████████████ |

## "Bayla Smith Declaration" History

📄 Document created by Jason Doss ( ███████████████████ )
2024-06-17 - 10:28:36 PM GMT- IP address: ███████████

✉️ Document emailed to Bayla Smith ( ███████████████ ) for signature
2024-06-17 - 10:28:39 PM GMT

📄 Email viewed by Bayla Smith ( ███████████████████ )
2024-06-18 - 2:39:11 AM GMT- ███████████████

✍️ Document e-signed by Bayla Smith ( ███████████████████ )
Signature Date: 2024-06-18 - 2:39:38 AM GMT - Time Source: server- ███████████████████

✅ Agreement completed.
2024-06-18 - 2:39:38 AM GMT

**Adobe Acrobat Sign**