## DECLARATION OF JANNAI PALMER

COMES NOW Jannai Palmer, who, upon being duly sworn, deposes and states as follows, pursuant to 28 U.S.C. § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 20768806).

3.

I worked as an agent with TrueCoverage and was an employee of Speridian Technologies (collectively referred to as "TrueCoverage") from approximately October 30, 2023, to March 8, 2024, at its call center in Deerfield Beach, Florida.

4.

During my initial orientation, Gabriel Harrison, who was the manager, told us that TrueCoverage was willing to pay agents approximately $4,000 to $5,000 to use our names as the agents of record ("AOR") on policies. I did not agree to allow TrueCoverage to use my AOR for any policies. In or around December 2023, I learned that my name was being used as an AOR on policies without my consent. I complained to Gabriel Harrison and he told me that it was a technology glitch and that the issue would be corrected. Despite this, I continued to see my name as the AOR on policies without my permission and complained multiple times. My co-workers also confirmed to me that they saw my name being used as the AOR on other policies. I never gave TrueCoverage authority or permission to use my name as an AOR on any policies.

5.

Throughout my employment with TrueCoverage, consumers called into our call center in response an online advertisement. The consumers were calling in expecting to receive a cash card that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash card did not exist and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce theIR premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

6.

TrueCoverage knew that consumers were calling in response to the false advertisements and that the sales scripts that TrueCoverage required us to follow misled consumers about the cash cards being promised. For example, the sales script instructed us to open the call with the following:

> Thank you for calling TrueCoverage. This is _____ speaking on a recorded line. How are you doing today?

7.

After the consumer responded to the initial question, the sales script instructed us to say:

"Fantastic, and you saw the prequalified result that led you to us?"

8.

The "prequalified result" was a reference to the false advertisement telling the consumer that they were prequalified to receive the cash card.

9.

The sales scripts also provided us with rebuttals that we were required to use when responding to questions about the cash cards. The rebuttals required us to be vague about the cash

cards.  For example, one of the rebuttals instructed us to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

10.

Throughout my time at TrueCoverage, we were instructed by management, including Gabriel Harrison, to enroll consumers into health plans even if they did not qualify for it or otherwise need it.  For example, if consumers that called in already had an ACA health insurance plan, or even a plan through their employer, we were told to obtain their name, date of birth and state of residence and switch them into a new plan regardless of whether it was appropriate for their needs.

11.

In late January or early February, we learned that a law firm had sent out a press release about a potential class action against TrueCoverage.  That week, a training session was conducted for all agents.  The trainer told us to improvise into the script a request that the caller consent to the switching of their Agent of Record without notice.  The trainer conducted a number of calls in front of us where he did this.  The consent wasn't part of the script itself.

12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2024.

DocuSigned by:

*Jannai Palmer signature*

334B27A01AD5443...

Jannai Palmer

.