## DECLARATION OF FRANCISCO MORALES

COMES NOW Francisco Morales, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 18496398).

3.

I worked for TrueCoverage and Speridian Technologies (collectively referred to as "TrueCoverage") from approximately October 30, 2023 to February 1, 2024 at a call center in Deerfield Beach, Florida.

4.

Throughout my tenure with TrueCoverage, consumers called into our call center in response to advertisements. Consumers were calling in expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash cards did not exist as portrayed and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

5.

The sales scripts that TrueCoverage required us to follow misled consumers about the cash cards being promised. For example, the sales script instructed us to open the call with the following:

> Thank you for calling TrueCoverage. This is _____ speaking on a recorded line. How are you doing today?

6.

After the consumer responded to the initial question, the sales script instructed us to say: "Fantastic, and you saw the prequalified result that led you to us?"

7.

The "prequalified result" was a reference to the false advertisement telling the consumer that they were prequalified to receive the cash card.

8.

The sales scripts also provided us with rebuttals that we were required to use when responding to questions about the cash cards. The rebuttals required us to be vague about the cash card. For example, one of the rebuttals instructed us to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

9.

Throughout my tenure, TrueCoverage and Speridian executives and management, including Matthew Goldfuss, National Sales Director, John Runkel, Sr. Director of Quality Assurance, Kevin Hale, and Gabriel Harrison, Regional Director, knew that consumers were calling in response to the false advertisements promising cash cards and they pressured agents to use them to enroll consumers into ACA plans.

10.

Throughout my time at TrueCoverage, we were instructed by management, including Matthew Goldfuss and Gabriel Harrison, to enroll consumers into health plans no matter what, even if they already had health insurance. If consumers that called in already had an ACA health insurance plan, we were instructed to re-enroll them anyway whether or not it was appropriate for their needs.

11.

TrueCoverage knew that consumers were complaining to TrueCoverage, state insurance regulators and CMS about the company using fraudulent advertisements to enroll consumers and switching consumers into new ACA plans without their consent. For example, on or about January 11, 2023, Matthew Goldfuss sent an email out to agents, which stated as follows:

**Subject:** Emails from CMS or DOI's

Good afternoon team,

If you receive an email from CMS or a Department of Insurance from any particular state, **DO NOT RESPOND!** Let me repeat, **DO NOT RESPOND!** Forward them over to me, we will send that off to our compliance team to investigate the complaints and we will create the response to back up any allegation that is made.

If you respond to the complaint yourself, you are putting yourself at risk. We have the recordings, call logs, email and text communications to corroborate any enrollment that was done.

Again, **DO NOT RESPOND** if you get that email, forward it on over to me and we'll take care of it.

Thank you



One-stop-shop for all your Insurance needs.

Matthew Goldfuss | National Director – Individual & Medicare Sales
Truecoverage LLC | 2400 Louisiana Blvd SE, Bldg 3, Albuquerque, NM 87110
O: (505) 384-7478 | M: (305-600-4184)
Email: matthew.goldfuss@truecoverage.com |
www.truecoverage.com

12.

TrueCoverage also knew that there was a threat of a possible class action lawsuit, because the Plaintiffs' attorneys in this case released an online announcement at the end of January 2024 that they were investigating TrueCoverage for its use of online advertisements falsely promising cash cards to enroll consumers.

13.

Agents at the Deerfield Beach call center expressed concern to management about the investigation(s) and Gabriel Harrison downplayed their significance.

14.

On multiple occasions, I complained to TrueCoverage management, including but not limited to Gabriel Harrison, about the fact that TrueCoverage was defrauding consumers through its deceptive advertisements and its sales process. Each time, my complaints were dismissed.

15.

On or about February 1, 2024, Gabriel Harrison and Michele Wilson met with me and told me that they had made the decision to let me go. A few days later, I sent an email to Gabriel Harrison and Michele Wilson and asked for a general reference and I inquired about other job opportunities. Michele Wilson reached out to me from TrueCoverage and told me that Gabriel Harrison would help me get hired at one of its downlines, Digital Marketing Solutions d/b/a Protect Health ("DMS").

16.

On or about February 6, 2024, Carrie Smetzer with DMS offered me a sales position at DMS and my start date was February 8, 2024. I participated in sales training at DMS during the

-5-

first few weeks of my employment. Some of the sales training was organized by TrueCoverage and its Regional Director, Gabriel Harrison, conducted the sales training. DMS's sales training was conducted via Microsoft Teams and we were permitted to post questions through the group chat function of Teams. There were approximately 87 participants in the sales training and the sales agents consisted of new TrueCoverage agents and newly hired DMS agents. Many of the DMS agents that participated in the sales training were also former TrueCoverage sales agents, like me.

17.

Because I had previously complained to TrueCoverage about its deceptive sales practices and TrueCoverage was clearly controlling DMS's sales practices by doing the training, I was concerned that DMS would be engaging in the same type of misconduct. As a result, during the training session, I posted a question on the Microsoft Teams Q&A chat asking whether DMS was going to be using the same type of misleading advertisements to lure in consumers. Gabriel Harrison did not respond to my question.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 24, 2024.

_____
Francisco Morales (Jun 24, 2024 07:37 PDT)

Francisco Morales

# Francisco Morales Declaration

Final Audit Report                                                                                           2024-06-24

| | |
|---|---|
| Created: | 2024-06-24 |
| By: | Jason Doss ████████████ |
| Status: | Signed |
| Transaction ID: | ████████████████████████████████ |

## "Francisco Morales Declaration" History

📄 Document created by Jason Doss ████████████████
   2024-06-24 - 1:45:25 PM GMT- ████████████

📧 Document emailed to Francisco Morales (████████████████████████) for signature
   2024-06-24 - 1:45:29 PM GMT

📄 Email viewed by Francisco Morales ████████████████
   2024-06-24 - 2:35:05 PM GMT- ████████████

✍ Document e-signed by Francisco Morales ████████████████
   Signature Date: 2024-06-24 - 2:37:32 PM GMT - Time Source: s████████████████

✅ Agreement completed.
   2024-06-24 - 2:37:32 PM GMT

**Adobe Acrobat Sign**