UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-MD

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
VERONICA KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
MATTHEW B. HERMAN and
BRANDON BOWSKY,

      Defendants.
_____/

**CLASS ACTION**

(Jury Trial Demanded)

## DECLARATION OF PETER SITARAS

COMES NOW Peter Sitaras, who upon being duly sworn, deposes and states as follows:

1. I am over the age of 18 years and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2. The information contained in this Declaration is true and correct.

3. I am an attorney with the law firm Levine Kellogg Lehman Schneider + Grossman LLP ("LKLSG").

4. LKLSG and The Doss Law Firm, LLC, are counsel of record for Plaintiffs in the above-captioned matter (collectively "Plaintiffs' Counsel").

5. To date, Plaintiffs' Counsel have sent approximately 149 Preservation Letters to

the named parties as well as persons and corporate entities, including but not limited to downline agencies of TrueCoverage, LLC and Enhance Health, LLC, that were believed to have information relevant to the case.

6. In several instances, Plaintiffs' Counsel sent multiple Preservation Letters to individual entities or persons where the proper entity, person, or address was not certain. Accordingly, while there are 149 persons and entities, Plaintiffs' Counsel sent more than this number of Preservation Letters so as to increase the likelihood that the intended person or entity would receive such letters. An example of a Preservation Letter sent is attached as Exhibit A.

7. The list of entities below includes the named parties, TrueCoverage LLC, and Speridian Technologies LLC, their related enhanced direct enrollment platforms, Benefitalign LLC and Inshura LLC, and entities known to be downline agencies of TrueCoverage LLC, excluding Defendant Enhance Health, LLC. Also included in the chart are the dates that Plaintiffs' Counsel sent the preservation letters.

| Entity Name | Date of Preservation Letter |
|---|---|
| TrueCoverage, LLC | 4.29.24 |
| Speridian Technologies, LLC | 4.29.24 |
| Benefitalign, LLC | 4.23.24 |
| Inshura, LLC | 5.7.24 |
| Digital Media Solutions LLC dba Protect Health Insurance Agency | 5.10.24 |
| Your Health Solutions LLC | 5.2.24 |
| Insurance Line One, LLC | 5.2.24 |
| United Branch Services Inc. | 5.10.24 |
| Compass Health Agency LLC d/b/a Atlantic Senior Benefits | 5.2.24 |
| Tobias & Associates LLC | 5.2.24 |
| Prince Health Group LLC | 5.3.24 |
| Ensure Health Group Corp. | 4.30.24 |

| Health Process Center Insurance Agency, Inc. | 5.2.24 |
| --- | --- |
| ACA Helpline LLC | 5.2.24 |
| Family Health First LLC | 5.2.24 |
| Engage Health Insurance LLC | 5.2.24 |
| Licensed Insurance Advisor LLC | 5.2.24 |
| Nsure Now Insurance Agency Inc. | 5.2.24 |
| TSO Insurance Group, Inc. | 5.2.24 |
| Healthy Streets Healthcare Services, Inc. | 5.2.24 |
| No Cost ACA LLC d/b/a NCA Insurance Group | 5.2.24 |
| Health Coverage Plus, Inc. | 5.2.24 |
| SRA Healthcare Corp | 5.2.24 |
| Empire Marketing and Events LLC d/b/a HVO Insurance Services | 5.10.24 |
| Health Coverage Helpers LLC | 5.2.24 |
| No Cost ACA Dos LLC d/b/a NCAD Insurance Group | 5.2.24 |
| C Contreras Insurance Agency LLC | 5.2.24 |
| HVO Insurance Services | 5.10.24 |
| Envoy Benefits Solutions LLC | 5.2.24 |
| Smart Care LLC | 5.10.24 |
| N&J Associates, Inc. | 5.3.24 |

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 26, 2024.

By: _____
PETER SITARAS, ESQ.

# Exhibit A



Jason Kellogg
E-mail: jk@lklsg.com
Direct Line: 305.722.8891

April 29, 2024

**VIA SERVICE OF PROCESS**

TrueCoverage LLC
c/o Registered Agent
Matthew Goldfuss
5455 North Federal Highway
Suite E
Boca Raton, Florida 33487

      Re:    Preservation Letter Relating to *Turner v. Enhance Health LLC*,
               Case No. 0:24-cv-60591-MD (S.D. Fla.) (the "Lawsuit")

To Whom it May Concern:

      On April 12, 2024, this firm filed a class-action complaint (the "Complaint") on behalf of the plaintiffs (the "Class Plaintiffs") in the above-referenced Lawsuit. A copy of the Complaint is attached as **Exhibit A**. You are among the named Defendants in the Lawsuit.

      On behalf of the Class Plaintiffs, You are hereby instructed to preserve all documents, tangible things, and electronically-stored information that may be potentially relevant to the Lawsuit, the Defendants, and Relevant Nonparties, as defined by the Complaint. You are further specifically instructed to preserve all email communications between You and any of the Defendants and Relevant Nonparties. The duty to preserve evidence is broad and extends to all physical evidence, documents, and information, regardless of whether stored tangibly, electronically (such as email), or in hard copy.

      In addition to the foregoing, we specifically request that You preserve all documents and communications, including but not limited to agreements, financial records, analyses, emails, text messages, group chats, etc., related to the following individuals and entities as well as their officers, directors, managers, members, agents (including health insurance), selling agents, downlines, business associate(s), carriers, employees, contractors, producers, financers, websites, and/or agents of record from January 2021 to the present:

Any Defendants named in the Lawsuit, Aaron Murphy, Lydia Martinez, UBS, Advance Health, My Advance Health, Advance Health Financial, LLC, America Best Benefits Insurance Agency, LLC, Cove Agency, LLC, Honest Financial & Health, LLC, AccuCare Ins. LLC, Marketplace

TrueCoverage LLC
April 29, 2024
Page 2

Enrollment Center, AccuCare Ins., LLC, TinyYom, LLC d/b/a My Daily Health Group, LSC Advisors, LLC, Easy Benefits Enrollment Insurance Agency, LLC, Blue Print Insurance, Rapid Direct Insurance Agency, Pick Your Plan Insurance Agency, LLC, ADG Innovations, LLC, Health First Insurance Agency, Easy Enroll Health Insurance Agency, LLC, Beyond Health Coverage Insurance Agency, LLC, Prince Health Group, LLC, Total Leads Domination (TLD), Retreaver, Alex Conroy, Jader Lopez, Kyle Wyche, Jonathan Massa, Evan Jaxtheimer, Amanda Glass, Jennifer Bowsky, Christopher McGill, Victoria Casserino, Lauren Switzer, Thomas Huston, Chester Rainwater, Venes Noel, Erica Oakes, Mitchell Eason, Carlos Moran, Maxwell Paskowitz, Lisa Murphy, Ambetter Health, Aetna Health and Life Insurance Company, Cigna Healthcare, United Healthcare Insurance Company.

To ensure that all relevant items, documents, and information are preserved, please communicate directly with all employees who have possession, custody or control of potentially relevant evidence, including, but not limited to, information technology personnel involved with email retention, deletion, and archiving, as well as any outside consulting firm(s) You have utilized for similar purposes. All such persons and entities should be instructed to preserve all relevant documents and information in their possession, custody, or control. You should also advise all such persons that any regularly scheduled or automatic deletion of email or other electronic documents must be immediately discontinued with respect to any relevant data. In addition, any document destruction must immediately cease with respect to any relevant documents. All relevant documents and information, both electronic and paper, must be preserved for the duration of this litigation.

The destruction of evidence when litigation is anticipated or has commenced has both civil and criminal implications. Should you fail to preserve potentially relevant evidence that results in the corruption, loss, or delay in production of evidence to which we are entitled, such failure would constitute spoliation of evidence and we will seek all available sanctions.

If you have any questions, do not hesitate to contact me, and thank you for your attention to this matter.

Sincerely,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**

*s/ Jason Kellogg*

JASON K. KELLOGG P.A.

Cc: Jason Doss, Esq.

Enclosure