UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-60591-DAMIAN/VALLE

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
VERONICA KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

  Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
MATTHEW B. HERMAN and
BRANDON BOWSKY,

  Defendants.
_____/

## ORDER SETTING TELEPHONIC HEARING ON DISCOVERY MOTION

THIS CAUSE is before the Court Plaintiff's Motion for Expedited Discovery (the "Motion"). A telephonic hearing on the Motion is scheduled for **Thursday, August 8, 2024, at 10:00 a.m.** in the Fort Lauderdale Division before U.S. Magistrate Judge Alicia O. Valle. The dial-in number and Meeting ID to follow by separate Order prior to the hearing.

**Discovery Procedures/Duty to Preserve/Spoliation:** Discovery matters before Judge Valle are handled on an expedited briefing schedule and with a shortened page limitation. *See* http://www.flsd.uscourts.gov/content/judge-alicia-o-valle. Therefore, a response to the Motion is due by July 8, 2024.[1] Further, pursuant to Federal Rule of Civil Procedure 37, if electronically

---

[1] The Federal Courthouse is closed on July 4th and 5th for the Fourth of July holiday.

stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery: (i) upon finding prejudice to another party from loss of the information, the court may order measures no greater than necessary to cure the prejudice; or (ii) only upon finding that the party acted with the intent to deprive another party of the information's use in the litigation may: (A) presume that the lost information was unfavorable to the party; (B) instruct the jury that it may or must presume the information was unfavorable to the party; or (C) dismiss the action or enter a default judgment. Fed. R. Civ. P. 37(e) (governing the failure to preserve electronically stored information). Lastly, the parties are reminded that "[s]poliation is the destruction or significant alteration of evidence, or the failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation." *Edwards v. Future Motion, Inc.*, No. 22-CV-60352, 2022 WL 18144064, at *2 (S.D. Fla. Dec. 22, 2022), *report and recommendation adopted*, 2023 WL 122262 (S.D. Fla. Jan. 6, 2023) (citing *Graff v. Baja Marine Corp.*, 310 F. App'x 298, 301 (11th Cir. 2009)).

**Joint Status Report**: In advance of the hearing, the parties must telephonically meet and confer in good faith to resolve the issues in the Motion. By **July 26, 2024,** the parties shall file a Joint Status Report ("JSR"). The JSR must set forth the result of the parties' meet and confer. The JSR is not intended to be a verbatim recitation of the parties' briefs. Rather, it is meant to summarize the issues in a comparative format (i.e., one column for movant and one column for opponent) to assist the Court in evaluating the disputed issues. This information <u>must</u> be presented in chart form as set forth in **Exhibit 1**. Moreover, if necessary, the parties may group the discovery requests by issue, as appropriate. An example of a compliant JSR can be found in *GEICO v. Titan Wellness Center of Fort Myers, LLC*, No. 22-CV-61648 (S.D. Fla. June 22, 2023) (ECF Nos. 81,

82). The parties must file <u>and</u> separately e-mail the Joint Status Report, in Word format, to valle@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on June 28, 2024.

*[signature]*

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Melissa Damian
All counsel of record

## JOINT STATUS REPORT

| Issue No. [  ]:<br><br>Response: | | |
|---|---|---|
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |
| Issue No. [  ]:<br><br>Response: | | |
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |
| Issue No. [  ]:<br><br>Response: | | |
| Movant's Position: | Opponent's Position | [LEAVE BLANK FOR COURT USE] |

EXHIBIT 1