## DECLARATION OF MICHAEL O'KEEFE

COMES NOW Michael O'Keefe, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I worked for TrueCoverage from approximately March 7, 2023 to April 5, 2024 as the human resource manager of the call center in Albuquerque, New Mexico.

3.

TrueCoverage has call centers located in Albuquerque, New Mexico, Dallas, Texas, Boca Raton, Florida, Deerfield Beach, Florida, Miami, Florida and Savannah, Georgia. The call centers in Florida collectively had the most sales agents in the country. The Deerfield Beach call center was one of the largest in the country. In addition, the agents who worked in the Florida call centers, including the Deerfield Beach location, had different compensation and commission schedules, which were heavily incentivized to encourage sales of ACA policies.

4.

My job responsibilities as the HR manager included: interviewing, screening and on-boarding new sales agents to work in the call centers. I was also responsible for overseeing payroll to the sales agents at the Albuquerque, New Mexico call-center. I was the point of contact for the employees with regard to sales issues, employee complaints, and personal problems. I was responsible for monitoring attendance of sales agents at the New Mexico call center. I managed all employee investigations with regard to behavioral issues and management concerns.

5.

While I worked at TrueCoverage, the Albuquerque call center was managed by Julie Whitener, the center director. The recruiting manager was Donna Silver. The Dallas call center was managed by Michael Richardson. The Boca Raton and Deerfield Beach call centers were merged and managed by Gabriel Harrison. The Miami call center was managed by Mario Roca. Michele Wilson handled human resources for Boca Raton and Deerfield Beach call centers. In total, the call centers employed 500+ sales agents at its' peak during the 2023 Open Enrollment Period.

6.

Throughout my tenure with TrueCoverage, consumers called into our call centers in response to advertisements. Consumers were calling in expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash cards did not exist and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

7.

Throughout my tenure, TrueCoverage and Speridian executives and management, including but not limited to Garish Panicker (President and Owner), Ashwini Despende (CEO), K.P. Hari (CFO), Matthew Goldfuss (National Sales Director), John Runkel (Sr. Director of Quality Assurance), Season Davis (Director of HR) knew that consumers were calling in response to the false advertisements promising cash cards and implemented policies and practices that

pressured and incentivized call center agents to enroll consumers into ACA plans based on the fraudulent ads.

8.

Matthew Goldfuss was in charge of purchasing leads and drafting sales scripts and he knew that TrueCoverage was purchasing leads based on fraudulent advertisements and relied on those leads to drive consumers to call into our call centers. The sales scripts were designed to be deceptive about the cash payouts being promised in the ads.

9.

TrueCoverage used the call volumes from the fraudulent advertising to recruit sales agents. I was instructed to tell new hires that one of the benefits of working at TrueCoverage was they did not have to cold call consumers because there was an unlimited supply of consumers calling in and as an agent, they could start their careers in sales making large amounts in commissions. In hiring new agents, we told new agents that given our technology and call volumes, sales would be easy and more in line with "order taking" as opposed to selling ACA plans.

10.

Julie Whitener, who was the center director for the Albuquerque call center, informed me that TrueCoverage was spending approximately $300,000-$400,000 per week purchasing leads from vendors and I used that fact to recruit new sales agents. In addition, I knew that in speaking with Julie Whitener and Mario Roca that the highest producing sales agents were in the Florida call center(s), and they made approximately $10,000-$12,000 bi-monthly in commissions. I incorporated the commission numbers into my recruitment pitch to new sales agents.

11.

A consistent complaint that I received from sales agents was that they did not feel comfortable having to mislead consumers. I also saw similar complaints on occasion on the Microsoft Teams group chats for the New Mexico call center. Each call center has its own Microsoft Teams chat groups. Over two dozen different sales agents came to me with these complaints and showed me the false advertisements that consumers who called in were showing them. In or around November - December 2023, two different agents quit because they did not feel comfortable lying to consumers. I documented their complaints in the employment files and specifically noted it in their exit interviews. I also notified my supervisor, Season Davis, the human resources director for TrueCoverage, and she did nothing.

12.

During my tenure, on at least three separate occasions, I complained to our human resources group, which was recorded in Microsoft Teams video meetings, about the fraudulent sales practices as well as how it negatively impacted the work environment for the sales agents. In addition, I spoke about my concerns to Season Davis, personally about having to terminate sales agents in mass based on their lower sales performance. These mass terminations occurred on February 1, 2024 and April 8, 2024. All of this negatively impacted the work environment, and the sales force was in fear of their jobs for not hitting sales quotas.

13.

All of my efforts to voice concerns and complaints of mine as well as the sales agents were ignored and in fact, I felt that if I continued to complain, I would be terminated. On April 5, 2024, I was terminated, and I believe it was because of my complaints, which were valid.

-5-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2024.

*Michael O'Keefe*
Michael O'Keefe (Jun 27, 2024 12:56 MDT)

_____
Michael O'Keefe

# Declaration of Michael O'Keefe
Final Audit Report  2024-06-27

| | |
|---|---|
| Created: | 2024-06-27 |
| By: | Jason Doss |
| Status: | Signed |
| Transaction ID: | |

## "Declaration of Michael O'Keefe" History

- Document created by Jason Doss
  2024-06-27 - 6:33:07 PM GMT-

- Document emailed to Michael O'Keefe ( ) for signature
  2024-06-27 - 6:33:12 PM GMT

- Email viewed by Michael O'Keefe (
  2024-06-27 - 6:50:33 PM GMT-

- Document e-signed by Michael O'Keefe (
  Signature Date: 2024-06-27 - 6:56:14 PM GMT - Time Source: server-

- Agreement completed.
  2024-06-27 - 6:56:14 PM GMT

Adobe Acrobat Sign