| | |
|---|---|
| **Subject:** | RE: Turner v. Enhance Health LLC |
| **Date:** | Wednesday, July 3, 2024 at 1:08:10 PM Eastern Daylight Time |
| **From:** | Jason Kellogg |
| **To:** | 'Jason Doss', Olga Vieira |
| **CC:** | Victoria J. Wilson, Peter J. Sitaras, Sam Williamson |
| **Attachments:** | image001.gif |

Olga here is our list:

- Cypress Health Plans, Inc.
- Net Health Affiliates, Inc.
- National Health Insurance Group LLC
- Smart Insurance IQ, Inc.
- Insure Hippo, Inc.
- Health Prime Insurance, Inc.
- Positive Marketing LLC
- Aventa Health, LLC
- Jet Insurance Solutions Inc. d/b/a JET Health Solutions
- GLS Health LLC
- Sentinel One Health, Inc.
- Astra Health Group, Inc.
- National Coverage Consulting, Inc.
- Easy Quote Health Insurance Agency, LLC
- OSS Benefits Group Inc d/b/a OSS Benefits Group Insurance Agency
- The Health Insurance Group Inc.
- Overcome Health Insurance, Inc.
- We Cover Health, LLC
- Gasic Marketing Group, Inc. d/b/a IGD Insurance Agency
- OTM Coverage, Inc. d/b/a OTM Health Plans
- Smart Health Group, Inc. d/b/a Smart Insurance Group
- Healthcare Unlocked National LLC d/b/a Healthcare Unlocked ACA Plans
- Titan Home Guard, Inc. f/k/a Titan Health Group d/b/a Titan Health Insurance, Inc.
- Ensure Health Group Corp
- Prime Healthcare LLC
- Prime Healthcare Solutions Insurance Agency LLC
- Prime Health Coverage Inc
- Prime Healthcare Benefits LLC
- Prime Healthcare Partners Insurance Agency LLC
- AAJ Computer Services, LLC
- Jet Media Solutions Inc
- Health Insurance For All, Inc.
- Propel Health Insurance, LLC
- Propel Health, LLC
- Coverage Connected, LLC
- Order and Progress Insurance Agency Inc.
- Homebase Insurance Group LLC
- Big Blue
- STSPP
- Elevate Health Las Vegas

**Jason Kellogg**
*Partner*



LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.722.8891 (direct)
305.403.8788 (main)
305.403.8789 (fax)

vCard | Bio | Website

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

-----------------------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Jason Doss <jasondoss@dossfirm.com>
**Sent:** Wednesday, July 3, 2024 12:04 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>
**Cc:** Jason Kellogg <jk@lklsg.com>; Victoria J. Wilson <vjw@lklsg.com>; Peter J. Sitaras <pjs@lklsg.com>; Sam Williamson <samwilliamson@quinnemanuel.com>
**Subject:** Re: Turner v. Enhance Health LLC

We will send a list of downlines that we know of shortly. But, we also request that you provide us with confirmation and dates as to when the litigation holds were put into place. In addition, if there are additional downlines that are not on our list, please let us know immediately and provide dates where litigation holds were implemented for those entities as well. Thank you.

Jason
Sent from my iPhone

> On Jul 3, 2024, at 11:34 AM, Olga Vieira <olgavieira@quinnemanuel.com> wrote:

Jason,

Without waiving any privilege and specifically preserving all objections and privileges applicable, I can confirm that our preservation notices included requests to retain text messages, instant messages, and information on personal devices.

When we spoke, I told you to send me the list of downlines you have for Enhance and I will discuss it with my client. I have not received that list.

Thanks,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jason Doss <jasondoss@dossfirm.com>
**Sent:** Tuesday, July 2, 2024 6:01 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; Jason Kellogg <jk@lklsg.com>
**Cc:** Victoria J. Wilson <vjw@lklsg.com>; Peter J. Sitaras <pjs@lklsg.com>; Sam Williamson <samwilliamson@quinnemanuel.com>
**Subject:** RE: Turner v. Enhance Health LLC

**[EXTERNAL EMAIL from jasondoss@dossfirm.com]**

Olga:

Thanks for the response.

We asked you to provide us with the dates in which litigation hold notices were sent to the downlines, because you stated that they were on different dates. Also, we are

concerned that your clients have more downlines than we were able to uncover on our own. We are happy to exchange lists with you, so let us know if you are willing to share that information with us at this time.

We have also learned that Enhance communicated to sales agents in the downlines through text messages that were on the personal cell phones of downline managers/owners. Those managers/owners then communicated to the sales agents through group text chains on their personal cell phones. We are concerned that your litigation hold did not include information kept on the personal cell phones of those individuals.

For all of these reasons and the risk that information on personal cell phones may be deleted or altered, if we cannot get more specific formal assurances from Enhance, we feel the need to file a motion for expedited discovery.

If we decide to file, we assume that your clients will oppose our motion. Please let us know by mid-day tomorrow your clients' position on an exchange of downline lists and whether the litigation hold extended to personal cell phones.

Thanks.

Jason Doss

---

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Tuesday, July 2, 2024 3:49 PM
**To:** Jason Kellogg <jk@lklsg.com>; Jason Doss <jasondoss@dossfirm.com>
**Cc:** Victoria J. Wilson <vjw@lklsg.com>; Peter J. Sitaras <pjs@lklsg.com>; Sam Williamson <samwilliamson@quinnemanuel.com>
**Subject:** RE: Turner v. Enhance Health LLC

Jason,
As we discussed last week, Enhance Health sent its downlines preservation of evidence correspondence or litigation hold notices and made all appropriate efforts to preserve documents and communications related to this case. You told me you have no information to believe that Enhance Health has destroyed evidence. Accordingly, at this point, there is no basis to seek further information from Enhance Health.
Please confirm that all the Plaintiffs have been requested to preserve evidence and that there are litigation holds in place.
Thank you,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jason Kellogg <jk@lklsg.com>
**Sent:** Monday, July 1, 2024 9:15 AM
**To:** 'Jason Doss' <jasondoss@dossfirm.com>; Olga Vieira <olgavieira@quinnemanuel.com>
**Cc:** Victoria J. Wilson <vjw@lklsg.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

**[EXTERNAL EMAIL from jk@lklsg.com]**

Olga:

We are following up on the email below.  As you saw in our recent motion, we have evidence that TrueCoverage was altering and or deleting information, specifically incriminating group messages/texts.  We know that Enhance Health, and in particular those leading Enhance Health's marketing efforts (including but not limited to Mark Schuler), participated in similar group chats with Enhance Health's downlines.  We believe those chats show that Enhance Health not only knew about misleading marketing efforts of its downlines, but also controlled and directed those efforts.  These group texts contain important information that must be preserved.  We request formal assurances in writing from Enhance Health that it and all of its downlines have preserved all evidence, including but not limited to group chats via text chains.

Please respond by midday Wednesday.  Without some assurance of preservation efforts by Enhance Health and its downlines, we will need to file a motion with the court seeking expedited discovery.

Thank you, and we look forward to hearing back from you.

**Jason Kellogg**
*Partner*

<image001.gif>


LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.722.8891 (direct)

305.403.8788 (main)
305.403.8789 (fax)

vCard | Bio | Website

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
-------------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** Jason Doss <jasondoss@dossfirm.com>
**Sent:** Thursday, June 27, 2024 11:27 AM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>
**Cc:** Jason Kellogg <jk@lklsg.com>; Victoria J. Wilson <vjw@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

Olga:

I hope all is well.  Thanks for speaking with me on Tuesday. As a follow up, please confirm that your client instituted a litigation hold for Enhance Health and its downlines.  Also, I believe you told me that the litigation holds were communicated to the downlines on different dates.  Please let us know when that occurred for Enhance as well as each downline.  Thanks again.

Jason Doss

---

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Tuesday, June 25, 2024 5:37 PM
**To:** Jason Doss <jasondoss@dossfirm.com>
**Subject:** RE: Turner v. Enhance Health LLC

Jason,

Are you free for a quick call? I have to head to family event but wanted to get back to you. Call my cell when you have a chance. Number below. If don't answer, I'll get back to you.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jason Doss <jasondoss@dossfirm.com>
**Sent:** Tuesday, June 25, 2024 9:53 AM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>
**Cc:** Jason Kellogg <jk@lklsg.com>; Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>; Victoria J. Wilson <vjw@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

[EXTERNAL EMAIL from jasondoss@dossfirm.com]

1:00 works for us. Call-in number is below.  Thanks.

678-453-5910
Conference ID: 527527#

Jason

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Monday, June 24, 2024 8:23 PM
**To:** Jason Doss <jasondoss@dossfirm.com>
**Cc:** Jason Kellogg <jk@lklsg.com>; Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>; Victoria J. Wilson <vjw@lklsg.com>
**Subject:** Re: Turner v. Enhance Health LLC

Sure. 1:00 or 4:00 works for me tomorrow.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**

Mobile: 305-496-2988
olgavieira@quinnemanuel.com
www.quinnemanuel.com

On Jun 24, 2024, at 7:42 PM, Jason Doss <jasondoss@dossfirm.com> wrote:

[EXTERNAL EMAIL from jasondoss@dossfirm.com]

Olga:

I hope all is well. Are you available for a call tomorrow afternoon to discuss the amended complaint and an evidentiary issue that has come up? Thanks in advance.

Jason Doss

---

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Monday, May 20, 2024 11:28 AM
**To:** Jason Kellogg <jk@lklsg.com>; Jason Doss <jasondoss@dossfirm.com>
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

Jason,

See attached.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jason Kellogg <jk@lklsg.com>
**Sent:** Friday, May 17, 2024 5:31 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>

**Subject:** RE: Turner v. Enhance Health LLC

**[EXTERNAL EMAIL from jk@lklsg.com]**

Olga, here you go.  Thanks

**Jason K. Kellogg P.A.**
*Partner*

<image001.jpg>

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.722.8891 (direct)
305.403.8788 (main)
305.403.8789 (fax)

vCard | Bio | Website

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
-----------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG  to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Friday, May 17, 2024 1:59 PM
**To:** Jason Kellogg <jk@lklsg.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

Jason,

We will provide a waiver for Enhance. Please send me the form.

Thanks,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jason Kellogg <jk@lklsg.com>
**Sent:** Thursday, May 16, 2024 4:47 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

[EXTERNAL EMAIL from jk@lklsg.com]

Thanks Olga. Before your appearance, we served Enhance Health's registered agent. However, we just got a notice stating that service must go through the Florida Department of Financial Services' online portal. Instead of having to do that, will Enhance agree to provide it's own waiver? If so, we'll send you a waiver form. To answer your question, our idea would be to count 60 days from the date it's signed and use that as a response date for all defendants (after letting them know and confirming their agreement). Together we can also let the court know about this coordinated date, and of the fact that Plaintiffs will be amending. Let me know if you have any questions.

Thanks,

**Jason K. Kellogg P.A.**
*Partner*

<image001.jpg>

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.722.8891 (direct)
305.403.8788 (main)
305.403.8789 (fax)

vCard | Bio | Website

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
-------------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Thursday, May 16, 2024 11:39 AM
**To:** Jason Kellogg <jk@lklsg.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

Jason,

See attached waiver of service. How do you suggest proceeding with the extension

of time for responses to the complaint, given your intention to amend the complaint next month? Are you putting something together?

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jason Kellogg <jk@lklsg.com>
**Sent:** Saturday, May 11, 2024 8:56 AM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>; Peter J. Sitaras <pjs@lklsg.com>
**Subject:** RE: Turner v. Enhance Health LLC

[EXTERNAL EMAIL from jk@lklsg.com]

---

Olga, here is the service waiver we discussed yesterday.

Thanks,

**Jason K. Kellogg P.A.**
*Partner*

<image001.jpg>

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.722.8891 (direct)

305.403.8788 (main)
305.403.8789 (fax)

**vCard** | **Bio** | **Website**

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
-----------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Friday, May 10, 2024 11:47 AM
**To:** Jason Kellogg <jk@lklsg.com>; jasondoss@dossfirm.com
**Cc:** Sam Williamson <samwilliamson@quinnemanuel.com>
**Subject:** Turner v. Enhance Health LLC

Jason and Jason,

Sam and I represent Enhance Health and Matt Herman in the *Turner* matter you filed. I called you each and left messages with your offices. I wanted to touch base, notify you of our representation, and discuss accepting service on behalf of Matt Herman. Please give me a call at your convenience.

Best,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL. 33133

(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
(305) 901-2975 Fax
olgavieira@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.