**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60591-CIV-DAMIAN/Valle**

**CONSWALLO TURNER**, *et al.*,

       Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

       Defendant.

_____/

**ORDER GRANTING MOTION TO COMPEL**
**RULE 26(f) CONFERENCE [ECF NO. 49]**

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Compel Rule 26(f) Conference, filed July 19, 2024 [ECF No. 49] ("Motion").

THE COURT has considered the Motion, Defendants' Response [ECF No. 52], and the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiffs request the Court compel Defendants to participate in the Rule 26(f) Conference so that discovery may proceed and this case may start moving forward. Defendants point out that Plaintiffs have not yet filed their Amended Complaint and that any delay in the proceedings to this point is the result of Plaintiffs' request to amend the pretrial schedule in light of their imminent Amended Complaint.

Defendants' points are well-taken, but the Rules do not contemplate that discovery must be delayed until amended pleadings are filed. To the contrary, the Court has not yet entered a deadline for the amendment of pleadings or additions of parties. This case has been pending on the Court's docket since early April. It needs to move forward. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Compel Rule 26(f) Conference [**ECF No. 49**] is **GRANTED**. It is further

**ORDERED** that no later than **August 20, 2024**, the parties shall meet and participate in a scheduling conference pursuant to Federal Rule of Civil Procedure 26(f), and, by **August 26, 2024**, the the parties shall prepare and file a joint scheduling report, as required by Local Rule 16.1 and Federal Rule of Civil Procedure 16(b). Counsel for all parties shall work together in good faith to make themselves available to participate in the Conference, as no extensions of these deadlines will be granted absent compelling circumstances.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of July, 2024.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

2