UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-60591-MD

CONSWALLO TURNER, et al.,

    Plaintiffs,

v.

ENHANCE HEALTH, LLC, et al.,

    Defendants.

_____/

**DEFENDANT NUMBER ONE PROSPECTING, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Number One Prospecting, LLC d/b/a Minerva Marketing ("Minerva"), by and through its undersigned counsel, files this Certificate of Interested Parties and Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Certificates of Interested Parties (D.E. 56).

1. Minerva does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock.

2. Minerva is a limited liability company whose sole member is Brandon Bowsky.

3. The following persons, associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, may have a financial interest in the outcome of this action:

    a. Conswallo Turner – Plaintiff

    b. Tiesha Forman – Plaintiff

    c. Angelina Wells – Plaintiff

    d. Winn Insurance Agency, LLC – Plaintiff

e. NavaQuote, LLC – Plaintiff

f. Veronica Kind – Plaintiff

g. Enhance Health – Defendant

h. TrueCoverage, LLC – Defendant

i. Speridian Technologies, LLC – Defendant

j. Matthew B. Herman – Defendant

k. Jason Ryan Doss, counsel for Plaintiffs

l. Jason Kenneth Kellogg, counsel for Plaintiffs

m. Victoria Jean Wilson, counsel for Plaintiffs

n. Number One Prospecting, LLC d/b/a Minerva Marketing – Defendant, represented by the undersigned counsel

o. Brandon Bowsky – Defendant, also represented by the undersigned counsel

p. Ryan H. Lehrer – counsel for Defendants Number One Prospecting, LLC dba Minerva Marketing and Brandon Bowsky

q. Seth J. Donahoe – counsel for Defendants Number One Prospecting, LLC dba Minerva Marketing and Brandon Bowsky

r. Jennifer H. Wahba – counsel for Defendants Number One Prospecting, LLC dba Minerva Marketing and Brandon Bowsky

s. Tripp Scott, P.A. – counsel for Defendants Number One Prospecting, LLC dba Minerva Marketing and Brandon Bowsky

t. Olga M. Vieira, counsel for Defendants Enhance Health, LLC & Matthew B. Herman

u. Samuel Gates Williamson, counsel for Defendant Enhance Health, LLC & Matthew B. Herman

v. Guy Austin Rasco, counsel for Defendants TrueCoverage, LLC & Speridian Technologies, LLC

w. Amy E. Richardson, counsel for Defendant TrueCoverage, LLC & Speridian Technologies, LLC

x. Patrick P. O'Donnell, counsel for Defendant TrueCoverage, LLC & Speridian Technologies, LLC

y. Walter E. Anderson, counsel for Defendant TrueCoverage, LLC & Speridian Technologies, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Attorneys for Defendants NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING and Brandon Bowsky*
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 525-7500

By:*/s/ Ryan H. Lehrer*

RYAN H. LEHRER, ESQ. (FBN: 0084423)
(rhl@trippscott.com; sxc@trippscott.com; cab@trippscott.com; eservice@trippscott.com)
SETH J. DONAHOE, ESQ. (FBN: 1004133)
(sjd@trippscott.com; sgc@trippscott.com)
JENNIFER H. WAHBA, ESQ. (FBN: 1010093)
(jmh@trippscott.com; jam@trippscott.com; cab@trippscott.com; eservice@trippscott.com)