UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN

CONSWALLO TURNER, et al.

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
et al.

        Defendants.
_____/

**CLASS ACTION**
(Jury Trial Demanded)

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's July 29, 2024 Order [D.E. 56] and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, NavaQuote, LLC, and WINN Insurance Agency LLC (collectively, "Plaintiffs"), affirm that they have no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of their stock, and provide the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

**I.**     **Plaintiffs and Their Related Parties**

    1.    Conswallo Turner

    2.    Tiesha Foreman

    3.    Angelina Wells

    4.    Veronica King

    5.    NavaQuote, LLC

    6.    Callie Navrides

    7.    Peter Navrides

    8.    WINN Insurance Agency LLC

    9.    Marsha Broyer

## II. **Defendants**

    10.    Enhance Health, LLC

    11.    TrueCoverage, LLC

    12.    Speridian Technologies, LLC

    13.    Matthew B. Herman

    14.    Number One Prospecting, LLC d/b/a Minerva Marketing

    15.    Brandon Bowsky

## III. **Relevant Nonparties**

    16.    Bain Capital Insurance

    17.    Barachy Lucien

    18.    Benefitalign, LLC

    19.    Digital Media Solutions LLC d/b/a Protect Health

    20.    Ensure Health Group

    21.    Erica Richmond

    22.    Esotech d/b/a Total Leads Domination

    23.    Gabriel Pasztor

    24.    Girish Panicker

    25.    Health First Insurance Agency

26. Inshura, LLC

27. JET Health Solutions

28. Matthew Goldfuss

29. My ACA, LLC

30. My Health Advisers, Inc.

31. PolicyBind, LLC

32. Retreaver, Inc.

33. WeCall Media, Inc.

IV. **Counsel of Record**

34. Levine Kellogg Lehman Schneider + Grossman, LLP

35. Jason Kellogg

36. Victoria Wilson

37. The Doss Firm, LLC

38. Jason Doss

39. Tripp Scott, P.A.

40. Ryan H. Lehrer

41. Seth J. Donahoe

42. Jennifer Helmy Wahba

43. Quinn Emanuel Urquhart & Sullivan, LLP

44. Olga M. Vieira

45. Samuel Gates Williamson

46. HWG LLP

47. Amy E. Richardson

48.    Patrick P. O'Donnell

49.    Walter E. Anderson

50.    Devine Goodman & Rasco, LLP

51.    Guy Austin Rasco

|  |  |
|---|---|
| Dated: August 9, 2024 | Respectfully submitted, |
| By: /s/ *Jason Kellogg*<br>Jason K. Kellogg, P.A.<br>Florida Bar No. 0578401<br>Primary email: jk@lklsg.com<br>Secondary email: ame@lklsg.com<br>Victoria J. Wilson<br>Florida Bar No. 92157<br>Primary email: vjw@lklsg.com<br>Secondary email: service@lklsg.com<br>100 Southeast Second Street<br>Miami Tower, 36th Floor<br>Miami, Florida 33131<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789 | By: /s/ *Jason R. Doss*<br>Jason R. Doss<br>Florida Bar No. 0569496<br>Primary email: jasondoss@dossfirm.com<br>1827 Powers Ferry Road Southeast<br>Atlanta, Georgia 30339<br>Telephone: (770) 578-1314<br>Facsimile: (770) 578-1302 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 9, 2024, a true and correct copy of the foregoing was filed via CM/ECF and served upon parties registered with CM/ECF in this case.

By: */s/ Jason Kellogg*
JASON K. KELLOGG, P.A.