Paula and Lee Langley [redacted]



| | |
|---|---|
| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan $0 deductible, $0 PCP copay) - HMO |
| Status | Terminated |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2023 |
| Expiration | 3/31/2023 |
| Carrier | Scott and White Health Plan |
| Agent of Record | ⊘ matt mungia (NPN: 8682296) |

MUNGIA, MATTHEW RYAN 111 DOVETAIL ST BOERNE, TX, 780062730

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 4/1/2023 |
| Expiration | 12/31/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⊘ Frederick Bock (NPN: 9393745) |

BOCK, FREDERICK STEPHEN 4781 S CITATION DR DELRAY BEACH, FL, 334456522
FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Terminated |
| Member | Lee Langley |
| Effective | 4/1/2023 |
| Expiration | 4/30/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⊗ Paola Fritz (NPN: 18205745) |

**FRITZ, PAOLA**, 3215 NW 10TH TER STE 211, FORT LAUDERDALE, FL, 333095938

**United Healthcare** — GOLD
UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO

$0.00 Premium (Was $1,681.91)  |  $0 Deductible  |  $9,100 OOP max

View full plan details | View summary of benefits

For questions about ID cards, please contact the carrier directly.

| | |
|---|---|
| Status | ⚠ Terminated |
| Effective | 5/1/2023 |
| Expiration | 5/31/2023 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | [REDACTED] |
| FFM ID | [REDACTED] |
| Carrier phone | 1(844) 390-4522 |
| Payment phone | (855) 882-1271 |
| Agent of Record ⓘ | ⊗ FREDERICK BOCK (NPN: 9393745) |

**BOCK, FREDERICK STEPHEN**, 4781 S CITATION DR DELRAY BEACH, FL 334456522
FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | CMS Standard Gold VALUE - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 6/1/2023 |
| Expiration | 7/31/2023 |
| Carrier | Ambetter from Superior Health Plan |
| Agent of Record | ❗ Frederick Bock (NPN: 9393745) |

BOCK, FREDERICK STEPHEN, 4781 S CITATION DR DELRAY BEACH, FL 334456522
FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Terminated |
| Member | Lee Langley |
| Effective | 6/1/2023 |
| Expiration | 6/30/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | ❗ Jordan Freeborn (NPN: 20595433) |

FREEBORN, JORDAN VANCE, 220 HILLSBORO TECHNOLOGY DR STE 240, DEERFIELD BEACH, FL, 334411845
JFREEBORN@BLACKSQUAREFINANCIAL.COM



**McCarteney Wood Pierre-Louis is an agent with Enhance Health**

PIERRE-LOUIS, MCCARTENEY WOOD, 1550 SAWGRASS CORPORATE PKWY, SUNRISE, FL, 333232818
MPIERRE-LOUIS@ENHANCEIFPLANS.COM




POLLOCK, COLEMAN ANDREW, 140 CYPRESS STATION DR STE 230, HOUSTON, TX, 770901633
ADMIN@ADVANTAGEHEALTH.CO



MUNGIA, MATTHEW RYAN, 111 DOVETAIL ST, BOERNE, TX, 780062730



HONGACH, DAVID, 467 NE 1ST AVE, DEERFIELD BEACH, FL, 334412004





**Christian Crevoisier is an agent with Ensure Health Group, which is a downline agency of TrueCoverage**

CREVOISIER, CRISTHIAN DALAI, 1000 N.W. 65TH STREET SUITE 110, FORT LAUDERDALE, FL, 33309
CCREVOISIER@EHGCORP.COM



POLLOCK, COLEMAN ANDREW, 140 CYPRESS STATION DR STE 230, HOUSTON, TX, 770901633
ADMIN@ADVANTAGEHEALTH.CO



**Matthew Ginberg is an agent with No Cost ACA, LLC d/b/a NCA Insurance Group's ("NCA Insurance"). NCA Insurance is a downline agency of TrueCoverage.**

<mark>GINBERG, MATTHEW ERIC</mark>, <mark>951 BROKEN SOUND PKWY NW STE 108, BOCA RATON, FL, 334873531</mark>

| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan with $0 Pediatric PCP copay) - HMO |
|---|---|
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Scott and White Health Plan |
| Agent of Record | ⊘ Anthony Walters (NPN: 18767434) |

<mark>WALTERS, ANTHONY</mark>,
<mark>14902 PRESTON RD STE 404-325, DALLAS, TX, 752549191</mark>

TWALTERS@**LONESTARSENIORINSURANCE.COM**

| | |
|---|---|
| Plan Name | Bronze Elite + PCP Saver Plus - EPO |
| Status | Cancelled |
| Member | paula langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Oscar |
| Agent of Record | ⚠ Gabriel Pasztor (NPN: 19664585) |

**PASZTOR, GABRIEL**, 3215 NW 10TH TER STE 211 OAKLAND PARK, FL, 333095938 GPASZTOR@MYHEALTHADVISERS.COM

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Indiv Ded ($0 Virtual Urgent Care + $0 PCP Visits, $3 Tier 2 Rx, $0 Insulin) - HMO |
| Status | Cancelled |
| Member | paula langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⚠ Margot Mungia (NPN: 20130031) |

**MUNGIA, MARGOT LEYVA**, 111 DOVETAIL ST, BOERNE, TX, 78006



HENSLEY, STEVEN ANDREW, 10302 CECILE DR, FRISCO, TX, 750358186
LICENSING@LTCGLOBAL.COM

GINBERG, MATTHEW ERIC, 951 BROKEN SOUND PKWY NW STE 108, BOCA RATON, FL, 334873531

**Matthew Ginberg is an agent with NCA Insurance, which is a downline agency of TrueCoverage**

| | |
|---|---|
| Plan Name | UHC Bronze Copay Focus $0 Indiv Med Ded ($0 Insulin) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⚠ Alexis Vanella (NPN: 19762985) |

**Alexis Vanella is an agent with NCA Insurance, which is a downline agency of TrueCoverage**

VANELLA, ALEXIS, 1225 SEABAY RD, WESTON, FL, 333263324

| | |
|---|---|
| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan with $0 Pediatric PCP copay) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Scott and White Health Plan |
| Agent of Record | ⚠ Anthony Walters (NPN: 18767434) |

WALTERS, ANTHONY,
14902 PRESTON RD STE 404-325 DALLAS, TX, 752549191
TWALTERS@LONESTARSENIORINSURANCE.COM



==JEROME, CHRISTIAN==, 6300 NW 5TH WAY 100, FT LAUDERDALE, FL, 33309
https://peacetreeinsurance.com/major-medical/
christianj@peacetreeinsurance.com



==LATTA, REGAN LEE==
==REGAN ASSURANCE==
==709 N THOMPSON ST==
==CONROE, TX 773012545==



| | |
|---|---|
| Status | ✓ Enrolled |
| Effective | 4/1/2024 |
| Expiration | 12/31/2024 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | ▮▮▮▮ |
| FFM ID | ▮▮▮▮ |
| Carrier phone | 1(254) 298-3000 |
| Payment phone | (800) 321-7947 |
| Agent of Record ⓘ | HealthSherpa referral - submitted by Marsha Broyer (NPN: 19015085) |

For questions about ID cards, please contact the carrier directly.