UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH, LLC**, *et al.*,

    Defendants.
_____/

**ORDER ON DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SEPARATE, INDIVIDUAL MOTIONS TO DISMISS AND FOR LEAVE TO FILE OVERSIZED BRIEFS [ECF NO. 73]**

**THIS CAUSE** came before the Court upon Defendants' Joint Motion for Leave to File Separate, Individual Motions to Dismiss and for Leave to File Oversized Briefs, filed August 28, 2024 [ECF No. 73 ("Joint Motion")].

THE COURT has considered the Joint Motion, the Response and Reply thereto [ECF Nos. 77 and 78], and the relevant portions of the record, including Plaintiffs' Amended Complaint [ECF No. 63], and is otherwise fully informed. It is hereby

**ORDERED AND ADJUDGED** that the Joint Motion [ECF No. 73] is **GRANTED IN PART**. Defendants may file a single, combined Motion to Dismiss that shall not exceed sixty (60) pages in length. Plaintiffs may file a response up to sixty (60) pages in length, and the Reply shall not exceed twenty (20) pages. The memoranda shall otherwise comply with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of September 2024.

                                                        **MELISSA DAMIAN**
                                                        **UNITED STATES DISTRICT JUDGE**