# INDEX OF DOCUMENTS PRODUCED BY
# MONICA REED IN RESPONSE TO PLAINTIFF'S SUBPOENA

Chase Bank – 11.29.21 wire confirmation $8,850 to Number One Prospecting
Chase Bank – 11.29.21 wire confirmation $23,700 to Number One Prospecting

Chase Credit Card Statement for the account of "Brandon Bowsky, Number One Prospect":
- 02.12.21
- 03.12.21
- 04.12.21
- 05.12.21
- 06.12.21
- 07.12.21
- 03.12.22
- 04.12.22
- 05.12.22
- 06.12.22
- 07.12.22
- 08.12.22
- 09.12.22
- 09.18.22
- 10.18.22
- 12.12.22
- 01.12.23

Spreadsheet - AOI Account Listing – August 2023

Chase Bank – 11.16.21 wire confirmation $3,928.50 from Number One Prospecting
Chase Bank – 11.16.21 wire confirmation $6,975 from Number One Prospecting

Second Amended and Restated Shareholders' Agreement of Eagent Direct, Inc.

Shareholders' Agreement of Eagent Direct, Inc.

2019 US Tax Return – Eagent Direct, Inc.
2020 US Tax Return – Eagent Direct, Inc.
2021 US Tax Return – Eagent Direct, Inc.

Tripp Scott engagement letter 07.16.21 for Sale of eAgent Direct LLC dba MediGap Direct to Enhance Health

04.01.21 Florida Dept of Rev Employer's Quarterly Report – Number One Prospecting, Inc.
07.01.21 Florida Dept of Rev Employer's Quarterly Report – Number One Prospecting, Inc.
10.01.21 Florida Dept of Rev Employer's Quarterly Report – Number One Prospecting, Inc.
01.03.22 Florida Dept of Rev Employer's Quarterly Report – Number One Prospecting, Inc.

# INDEX OF DOCUMENTS PRODUCED BY
# MONICA REED IN RESPONSE TO PLAINTIFF'S SUBPOENA (continued)

Chase Bank – 11.26.21 wire confirmation $925 from Number One Prospecting

Spreadsheet – Fronter Paylog 12.12.21

Infinix Media, LLC – Credit Card Auth Form for $2,000 from Number One Prospecting, Inc./BB

Spreadsheet – mailing direct deposit roster updated 04.28.20

Medigap Fictitious Name Registration - 06.19.19

Broward County Business Tax Receipt – Number One Prospecting Inc. (2020-2021)
Broward County Business Tax Receipt – Number One Prospecting Inc. (2021-2022)
Broward County Business Tax Receipt – Number One Prospecting Inc. (2022-2023)
Broward County Business Tax Receipt – Number One Prospecting Inc. (2023-2024)

05.21.19 Fla Dept State – Certification of Number One Prospecting, Inc.

Tripp Scott letter 06.21.21 to Fla Dept State with Certificate of Conversion for Number One Prospecting, Inc. converting to Number One Prospecting, LLC

Form – Independent Contractor and Non-Disclosure Agreement between Number One Prospecting, Inc. ("Client") and _____ "Sales Agent"

Form - New Hire Application - Number One Prospecting, Inc.

QuickBooks e-file & e-pay confirmation:  $108 – Florida U.C. Fund

QuickBooks e-file & e-pay confirmation:  $375.54 – Florida U.C. Fund

QuickBooks e-file & e-pay confirmation:  $748.34 – Florida U.C. Fund

Florida Dept of Rev Employer's Quarterly Report 01.03.23 – Number One Prospecting, Inc.

W-2 for 2021 - from Number One Prospecting, Inc. to Laura Barton

Application for Fictitious Name – Minerva Marketing (09.19.22)

Worker's Compensation and Employers' Liability Business Insurance Policy for Number One Prospecting, Inc. - effective 05.13.21 to 05.13.22

State of Florida/Division of Worker's Comp – Certificate of Election to be Exempt from Florida Worker's Compensation Law for Number One Prospecting, Inc. – effective 05.28.21 to 05.28.23

2

#2943839v1-998944.0007

**INDEX OF DOCUMENTS PRODUCED BY
MONICA REED IN RESPONSE TO PLAINTIFF'S SUBPOENA (continued)**

Worker's Compensation and Employers' Liability Business Insurance Policy for Number One Prospecting, Inc. - effective 05.13.22 to 05.13.23

Articles of Incorporation for Number One Prospecting, Inc. filed 05.21.19

Notice of EIN number assigned to Number One Prospecting, Inc. dated 04.24.19

Number One Prospecting, Inc.114.qbw  (this file is corrupt and cannot be accessed – I believe it is a Quickbooks file)

2019 US Tax Return for Number One Prospecting, Inc.
2020 US Tax Return for Number One Prospecting, Inc.

Number One Prospecting, Inc.'s Application for Automatic Extension of Time to File Certain Business Income Tax, Information and Other Returns


**SECOND PRODUCTION:**


Chase Credit Card Statement for the account of "Brandon Bowsky, Number One Prospect" with payment due date of:
- 04.07.23
- 03.07.23
- 05.07.23
- 06.07.23
- 07.07.23
- 08.07.23
- 12.07.23
- 01.07.24
- 02.07.24
- 03.12.23
- 04.12.23
- 05.12.23
- 06.12.23
- 07.12.23
- 08.12.23
- 09.12.23
- 10.12.23
- 01.12.23
- 02.12.23
- 09.07.23

3

#2943839v1-998944.0007

**INDEX OF DOCUMENTS PRODUCED BY**
**MONICA REED IN RESPONSE TO PLAINTIFF'S SUBPOENA (continued)**

Chase Checking Account Statement for account i/n/o "Number One Prospecting Inc." Escrow Account:
- February 2023
- June 2023
- August 2023
- September 2023
- October 2023
- December 2023

#2943839v1-998944.0007