# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, and MATTHEW GOLDFUSS,<br><br>        Defendants. | CASE NO. 0:24-cv-60591-MD |

**[PROPOSED] ORDER ON DEFENDANT BAIN CAPITAL INSURANCE FUND L.P.'S**
**MOTION FOR EXTENSION OF TIME**
**TO FILE A MOTION TO DISMISS [ECF NO.  ]**

**THIS CAUSE** came before the Court upon Defendant Bain Capital Insurance Fund L.P.'s

Motion for Extension of Time to File a Motion to Dismiss [ECF No. __ ("Motion")].

THE COURT has considered the Motion and the relevant portions of the record, including

Plaintiffs' Amended Complaint [ECF No. 63], and is otherwise fully informed.  It is hereby:

**ORDERED AND ADJUDGED** that the Motion [ECF No. __] is GRANTED. Defendant

Bain Capital Insurance Fund L.P.'s deadline to file a Motion to Dismiss is hereby extended to

October 16, 2024.  The Motion to Dismiss shall otherwise comply with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this ___ day of September 2024.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**