UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

(Jury Trial Demanded)

      Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
BENEFITALIGN, LLC,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

      Defendants.
_____/

## PLAINTIFFS' RESPONSE TO BAIN CAPITAL INSURANCE FUND L.P.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Conswallo Turner, Tiesha Forman, Angelina Wells, Veronica King, Navaquote, LLC, Winn Insurance Agency, LLC and Paula Langley individually and on behalf of all others similarly situated ("Plaintiffs"), respond to the Unopposed Motion for Extension of Time to File a Motion to Dismiss ("Motion for Extension") [D.E. 86] filed by Defendant Bain Capital Insurance Fund L.P. ("Bain Insurance")

CASE NO. 0:24-cv-60591-DAMIAN/Valle

Plaintiffs were surprised by Bain Insurance's filing of the Motion for Extension because the meet-and-confer process had not been completed. During an initial call between counsel on September 16, 2024, Plaintiffs' counsel explained to Bain Insurance's counsel that while Plaintiffs did not oppose an extension of time (even suggesting the proposed response date of October 16), the date should be coordinated and aligned with the other Defendants to create a uniform response deadline, and that all Defendants including Bain Insurance should do an omnibus filing within the 60-page limit established by the Court. The call ended with Bain Insurance's counsel saying that while they had reservations about certain aspects of that proposal, they would think about it and circle back.

Subsequently Plaintiffs' counsel sent two follow-up emails to Bain Insurance's counsel about these issues but received no response. The second, sent the afternoon of Bain Insurance's filing, asked "Any update on what you plan to do?" and explained that if Bain Insurance was not coordinating with the other Defendants on a proposed uniform response date, then Plaintiffs would reserve their right to ask the Court to allow Plaintiffs to file a single opposition with sufficient time to address all Defendants' arguments at once. Bain Insurance did not include this position in the meet-and-confer section of its Motion for Extension, and filed the motion as "Unopposed" without confirming with or responding to Plaintiffs.

Plaintiffs ask the Court to address Bain Insurance's request for extension by moving back the deadline for all Defendants to file their responsive motions in an omnibus 60-page filing by October 16, with Plaintiffs to file an omnibus opposition by November 18. This will help address the fact that two defendants, Net Health Affiliates LLC (which is a downline of Bain Insurance's affiliate, Defendant Enhance Health LLC) and Digital Media Solutions, LLC (a downline of Defendant TrueCoverage LLC), have yet to surface after being served on September 10 and

CASE NO. 0:24-cv-60591-DAMIAN/Valle

September 3, respectively. Alternatively, Plaintiffs ask that Bain Insurance's deadline to file a separate response be set for October 16, with Plaintiffs' deadline to file an omnibus opposition to all Defendants' motions within 30 days of the last Defendant's filing.

| | |
|---|---|
| Dated September 23, 2024 | Respectfully submitted, |
| By: /s/ *Jason K. Kellogg*<br>Jason K. Kellogg, P.A.<br>Florida Bar No. 0578401<br>Primary email: jk@lklsg.com<br>Secondary email: ame@lklsg.com<br>Victoria J. Wilson<br>Florida Bar No. 92157<br>Primary email: vjw@lklsg.com<br>Secondary email: service@lklsg.com<br>Peter J. Sitaras<br>Florida Bar No. 1039141<br>Primary email: pjs@lklsg.com<br>Secondary email: acd@lklsg.com<br>100 Southeast Second Street<br>Miami Tower, 36th Floor<br>Miami, Florida 33131<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789 | By: /s/ *Jason R. Doss*<br>Jason R. Doss<br>Florida Bar No. 0569496<br>Primary email: jasondoss@dossfirm.com<br>1827 Powers Ferry Road Southeast<br>Atlanta, Georgia 30339<br>Telephone: (770) 578-1314<br>Facsimile: (770) 578-1302 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2024, a true and correct copy of the foregoing was served upon parties registered with CM/ECF in this case.

By: /s/ *Jason Kellogg*