UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.

_____/

**ORDER ON DEFENDANT BAIN CAPITAL INSURANCE FUND L.P.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A MOTION TO DISMISS [ECF NO. 86]**

**THIS CAUSE** is before the Court on Defendant Bain Capital Insurance Fund L.P.'s ("Bain Capital") Unopposed Motion for Extension of Time to File a Motion to Dismiss [ECF No. 86] ("Motion"), filed September 20, 2024.

THE COURT has considered the Motion, Plaintiffs' Response thereto [ECF No. 87], the Joint Notice of Defendants' Position Regarding Motion to Dismiss Filing Deadline [ECF No. 93], and the relevant portions of the record, including Plaintiffs' Amended Complaint [ECF No. 63], and is otherwise fully informed. It is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 86**] is **GRANTED IN PART**. Defendant Bain Capital Insurance Fund L.P. shall have until **October 16, 2024**, to file a Motion to Dismiss that shall not exceed fifteen (15) pages in length. In the Motion to Dismiss, Bain Capital may address additional arguments not raised in the consolidated Motion to Dismiss filed by Defendants Enhance Health LLC, TrueCoverage, LLC, Speridian Technologies, LLC, Benefitalign, LLC, Number One Prospecting, LLC d/b/a

Minerva Marketing, Matthew B. Herman, Brandon Bowsky, Girish Panicker, and Matthew Goldfuss, and indicate whether Bain Capital joins in any of the arguments raised therein. Plaintiffs may file a response to Bain Capital's Motion to Dismiss within the time provided by the Local Rules, and the response shall not exceed fifteen (15) pages in length. To the extent possible, Plaintiffs shall incorporate by reference responses already addressed in the response to the remaining Defendants' Motion to Dismiss.

This Court's July 18, 2024 Order [ECF No. 48] and September 6, 2024 Order [ECF No. 80] otherwise remain in full force and effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of September, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:  Counsel of record