# EXHIBIT J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
VERONICA KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
MATTHEW B. HERMAN and
BRANDON BOWSKY,

              Defendants.

_____/

**CLASS ACTION**
(Jury Trial Demanded)

## PLAINTIFFS' FIRST SET OF INTERROGATORIES
## TO DEFENDANT ENHANCE HEALTH, LLC

Plaintiffs serve their First Set of Interrogatories on Defendant pursuant to Rules 26 and 33

of the Federal Rules of Civil Procedure to be answered in the time provided by law.

## DEFINITIONS

As used herein, the terms listed below are defined as follows:

1.      The terms "You," "Your," "Yours" or "Enhance Health" mean Defendant Enhance

Health, LLC including its present and former officers, directors, employees, agents, affiliates,

associated or related companies, and any persons or entities acting or authorized to act on its behalf.

2.      The terms "Downline" or "Downlines" mean Your downline agencies including their present and former officers, directors, employees, agents, affiliates, associated or related companies, and any persons or entities acting or authorized to act on their behalf.  A list of Downlines is attached as **Exhibit 1** but is not necessarily exhaustive.  To the extent Enhance Health has other or different Downlines, those should be included in the definition.

3.      "Communication(s)" means the transmittal of information (in the form of acts, ideas,  inquiries or otherwise, either orally or in writing), including but not limited to correspondence, packages, conversations, meetings, discussions, telephone calls, telegrams, telexes, telecopies, seminars, conferences, text messages (whether by SMS, applications such as "WhatsApp," Skype, Rackspace, Slack, MME, or otherwise), group chats, messages, notes, e-mails and memoranda. The transmission of documents or things by mail, courier or electronic service or otherwise is included, without limitation, in the definition of "Communication(s)."

4.      "Document(s)" shall include electronically stored information ("ESI") and is used in its customary broad sense. It shall not be limited in any way with respect to the process by which any Document was created, generated, or reproduced, or with respect to the medium in which the Document is embodied; and shall include, by way of example and without any limitation, all "documents," "electronically stored information," or "tangible thing" as contained in Rule 34 of the Federal Rules of Civil Procedure, as well as all "writings," "recordings," and "photographs" as defined by Rule 1001 of the Federal Rules of Evidence, and any kind of tangible material in any medium of any type, upon which intelligence or information is recorded, or from which intelligence or information can be perceived, whether in writing, recorded, stored, microfilmed, microfiched, photographed, computerized, reduced to electronic or magnetic impulse, or otherwise preserved or rendered. Documents further include, without limitation, materials maintained in

electronic, magnetic or other storage media, including those maintained in computers, electronic or magnetic tapes or diskettes, and any on-site or off-site backup or so- called "erased" or "deleted" computer information that may be susceptible to retrieval.

5.      The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope. The term "including" means "including but not limited to." The use of the singular form of any word includes the plural and vice versa. The use of any tense of any verb shall also include withinits meaning all other tenses of that verb.

6.      "Identify," when used with respect to an individual, animal, or entity, means to state the name and residential or business address of that person, as well as a succinct statement  of the subject matter about which that person has relevant knowledge.

7.      "Identify," when used with respect to a Document, means to state the date of the Document, the author(s) and recipient(s) of the Document, and the subject matter of the  Document.

8.      The term "Communications" refers to any oral, written, or electronic utterance, notation, or statement of any nature whatsoever, draft or final, potential or actual, by and to whomever made or attempted to be made, including, but not limited to, correspondence, memoranda, conversations, dialogues, discussions, interviews, consultations, agreements, electronic messages (including electronic-mail, text messages, instant messages, and Company intranet, electronic bulletin board or Internet site posting) and other understandings between two or more Persons. The term "communications" specifically includes, but is not limited to, any exchange of information by any means of transmission, including, but not limited to, face-to-face conversations, mail, electronic mail, telegram, overnight delivery, telephone, facsimile or telex.

9.      As used throughout these Requests, the term "relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting,showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way ormanner, or in any way logically or factually, connecting with the matter described in that paragraph.

10.     The term "concerning" means referring to, describing, evidencing, or constituting and includes any documents relating to, regarding, substantiating, purporting, embodying, establishing, identifying, listing, comprising, connected with, memorializing, recording, commenting upon, responding to, with respect to, showing, describing, analyzing, reflecting, representing, supporting, contradicting, or explaining, whether in whole or in part, a particular subject matter. Requests for documents "concerning" any subject matter include communications concerning that subject matter.The term "documents" means documents whether fixed in tangible medium or electronically stored  on disk or tape.

11.     The term "possession, custody, or control" shall mean and refer to any document in your possession,  custody  or control.  A document  is deemed  to be in your "possession, custody or control" if it is in your physical custody, or if it is in the physical custody of another person or entity and you: (a) own such document in whole or part; (b) have a right by contract, statute or otherwise to use, inspect, examine or copy such document on any terms; (c) have an understanding, express or implied, that you may use, inspect, examine or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine or copy such document when you have sought to do so.  Such documents shall include, without limitation, documents that are in the custody of your attorney(s), employees, staff, representatives, consultants, third-party contractors, and/or agents.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

12.     "Complaint" means the Amended Complaint filed in this action.

13.     Unless otherwise stated, the "Relevant Period" for these requests is from November 1, 2021, to the present.

**Interrogatories**

1.     Identify the names and addresses of every current or former Downline of Yours.

2.     Identify the names and addresses of every Upline of Yours.

3.     Identify the names, addresses, telephone numbers, email addresses and NPN of every agent that works or worked for every current or former Downline of Yours.

Dated:  August 28, 2024.                                Respectfully submitted,

LEVINE KELLOGG LEHMAN                        THE DOSS FIRM, LLC
SCHNEIDER + GROSSMAN LLP

By: /s/Jason Kellogg                                    By: /s/Jason Doss
Jason K. Kellogg, P.A.                                   Jason R. Doss
Florida Bar No. 0578401                               Florida Bar No. 0569496
Primary email: jk@lklsg.com                         Primary email:
                                                                     jasondoss@dossfirm.com

100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131                                   1827 Powers Ferry Road Southeast
Telephone: (305) 403-8788                          Atlanta, Georgia  30339
Facsimile: (305) 403-8789                           Telephone: (770) 578-1314
                                                                     Facsimile: (770) 578-1302

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on August 28, 2024, the foregoing document was served this day on all counsel of record via email.

                                                             By: /s/ Jason Kellogg
                                                             Jason K. Kellogg, P.A.

## EXHIBIT 1

- Cypress Health Plans, Inc.
- Net Health Affiliates, Inc.
- National Health Insurance Group LLC
- Smart Insurance IQ, Inc.
- Insure Hippo, Inc.
- Health Prime Insurance, Inc.
- Positive Marketing LLC
- Aventa Health, LLC
- Jet Insurance Solutions Inc. d/b/a JET Health Solutions
- GLS Health LLC
- Sentinel One Health, Inc.
- Astra Health Group, Inc.
- National Coverage Consulting, Inc.
- Easy Quote Health Insurance Agency, LLC
- OSS Benefits Group Inc d/b/a OSS Benefits Group Insurance Agency
- The Health Insurance Group Inc.
- Overcome Health Insurance, Inc.
- We Cover Health, LLC
- Gasic Marketing Group, Inc. d/b/a IGD Insurance Agency
- OTM Coverage, Inc. d/b/a OTM Health Plans
- Smart Health Group, Inc. d/b/a Smart Insurance Group
- Healthcare Unlocked National LLC d/b/a Healthcare Unlocked ACA Plans
- Titan Home Guard, Inc. f/k/a Titan Health Group d/b/a Titan Health Insurance, Inc.
- Ensure Health Group Corp
- Prime Healthcare LLC
- Prime Healthcare Solutions Insurance Agency LLC
- Prime Health Coverage Inc
- Prime Healthcare Benefits LLC
- Prime Healthcare Partners Insurance Agency LLC
- AAJ Computer Services, LLC
- Jet Media Solutions Inc
- Health Insurance For All, Inc.
- Propel Health Insurance, LLC
- Propel Health, LLC
- Coverage Connected, LLC
- Order and Progress Insurance Agency Inc.
- Homebase Insurance Group LLC
- Big Blue
- STSPP
- Elevate Health Las Vegas