# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
VERONICA KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**
(Jury Trial Demanded)

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
MATTHEW B. HERMAN and
BRANDON BOWSKY,

        Defendants.
_____/

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT ENHANCE HEALTH LLC**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs serve their First Request for Production of Documents to Defendant Enhance Health LLC, and requests that it produce the documents and communication described below within the time prescribed by the Rules of Civil Procedure.

**DEFINITIONS**

1. The terms "You," "Your," "Yours" or "Enhance Health" mean Defendant Enhance Health, LLC including its present and former officers, directors, employees, agents, affiliates, associated or related companies, and any persons or entities acting or authorized to act on its behalf.

2. The terms "Downline" or "Downlines" mean Your downline agencies including their present and former officers, directors, employees, agents, affiliates, associated or related companies, and any persons or entities acting or authorized to act on their behalf. A list of Downlines is attached as **Exhibit 1** but is not necessarily exhaustive. To the extent Enhance Health has other or different Downlines, those should be included in the definition.

3. "Communication(s)" means the transmittal of information (in the form of acts, ideas, inquiries or otherwise, either orally or in writing), including but not limited to correspondence, packages, conversations, meetings, discussions, telephone calls, telegrams, telexes, telecopies, seminars, conferences, text messages (whether by SMS, applications such as "WhatsApp," Skype, Rackspace, Slack, MME, or otherwise), group chats, messages, notes, e-mails and memoranda. The transmission of documents or things by mail, courier or electronic service or otherwise is included, without limitation, in the definition of "Communication(s)."

4. "Document(s)" shall include electronically stored information ("ESI") and is used in its customary broad sense. It shall not be limited in any way with respect to the process by which any Document was created, generated, or reproduced, or with respect to the medium in which the Document is embodied; and shall include, by way of example and without any limitation, all "documents," "electronically stored information," or "tangible thing" as contained in Rule 34 of the Federal Rules of Civil Procedure, as well as all "writings," "recordings," and "photographs" as defined by Rule 1001 of the Federal Rules of Evidence, and any kind of tangible material in any medium of any type, upon which intelligence or information is recorded, or from which intelligence or information can be perceived, whether in writing, recorded, stored, microfilmed, microfiched, photographed, computerized, reduced to electronic or magnetic impulse, or otherwise preserved or rendered. Documents further include, without limitation, materials maintained in

electronic, magnetic or other storage media, including those maintained in computers, electronic or magnetic tapes or diskettes, and any on-site or off-site backup or so- called "erased" or "deleted" computer information that may be susceptible to retrieval.

## INSTRUCTIONS

1. Documents should include all attachments, exhibits, appendices, linked Documents, or otherwise appended Documents that are referenced in, attached to, included with, or are a part of the requested Documents.

2. All Documents shall be provided in either native file ("native") or single-page 300 dpi- resolution group IV TIF format ("tiff") format as specified below, along with appropriately formatted industry-standard database load files, and accompanied by true and correct copies or representations of unaltered attendant metadata. Where Documents are produced in tiff format, each Document shall be produced along with a multi-page, Document-level searchable text file ("searchable text") as rendered by an industry-standard text extraction program in the case of electronic originals, or by an industry- standard Optical Character Recognition ("ocr") program in the case of scanned paper Documents. Searchable text of Documents shall not be produced as fielded data within the ".dat file" as described below.

3. Database load files shall consist of: (i) a comma-delimited values (.dat) file containing: production Document identifier information, data designed to preserve "parent and child" relationships within Document "families," reasonably accessible and properly preserved metadata (or bibliographic coding in the case of paper Documents), custodian or Document source information; and (ii) an Opticon (.opt) file to facilitate the loading of tiff images. Load files should be provided in a root-level folder named "Data," images shall be provided within a root level "Images" folder containing reasonably structured subfolders, and searchable text files shall be

provided in a single root-level "Text" folder. If any of the Documents produced in response to these Requests are designated as confidential pursuant to a Protective Order or Confidentiality Agreement between You and Plaintiffs, in addition to marking the Documents with the brand "CONFIDENTIAL" or branding the media with the word "CONFIDENTIAL," also include a confidential field within the load file, with a "yes" or "no" indicating whether the Document has been designated as confidential, as well as native file loading/linking information (where applicable).

4. Documents and other responsive data or materials created, stored, or displayed on electronic or electro-magnetic media shall be produced in the order in which the Documents are or were stored in the ordinary course of business, including all reasonably accessible metadata, custodian or Document source information, and searchable text as to allow the Plaintiffs, through a reasonable and modest effort, to fairly, accurately, and completely access, search, display, comprehend, and assess the Documents' true and original content.

5. All Documents and accompanying metadata created and/or stored in the ordinary course of business within commercial, off-the-shelf email systems including but not limited to Microsoft Exchange™, Lotus Notes™, or Novell Groupwise™ shall be produced in tiff format, accompanying metadata, and searchable text files or, alternately, in a format that fairly, accurately, and completely represents each Document in such a manner as to make the Document(s) reasonably useable, manageable, and comprehendible by the Plaintiffs.

6. With the exclusion of email and email account-related Documents and data, all Documents and accompanying metadata created and/or stored in structured electronic databases or files shall be produced in a format that enables Plaintiffs to reasonably manage and import those Documents into a useable, coherent database. Documents must be accompanied by reasonably

detailed documentation explaining the Documents' content and format including but not limited to data dictionaries and diagrams. Some acceptable formats, if and only if provided with definitive file(s), table(s), and field level schemas include:

    a. XML format file(s);

    b. Microsoft SQL database(s);

    c. Access database(s); and/or

    d. fixed or variable length ASCII delimited files.

7. All Documents generated or stored in software such as Microsoft Excel or other commercially available spreadsheet programs, as well as any multimedia files such as audio or video, shall be produced in their native format, along with an accompanying placeholder image in tiff format indicating a native file has been produced. A "Nativelink" entry shall be included in the .dat load file indicating the relative file path to each native file on the production media. To the extent You have other file types that do not readily or easily and accurately convert to tiff and searchable text, You may elect to produce those files in native format subject to the other requirements listed herein. Native files may be produced within a separate root-level folder structure on deliverable media entitled "Natives."

8. All other Documents and accompanying metadata and embedded data created or stored in unstructured files generated by commercially available software systems (excluding emails, structured electronic databases, spreadsheets, or multimedia) such as, but not limited to, word processing files (such as Microsoft Word), image files (such as Adobe .pdf files and other formats), and text files shall be produced in tiff and searchable text format in the order the files are or were stored in the ordinary course of business.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

9. Documents originally created or stored on paper shall be produced in tiff format. Relationships between Documents shall be identified within the Relativity .dat file utilizing document identifier numbers to express parent document/child attachment boundaries, folder boundaries, and other groupings. In addition, the searchable text of each Document shall be provided as a multi-page text file as provided for by these Requests.

10. Unless otherwise indicated, the time period for the Requests is Time Period" means November 1, 2021, through the present.

**REQUESTS FOR PRODUCTION**

1. Text messages with Downlines discussing or relating to agent training, agent termination(s), complaints by agents, consumer complaints, switching customers health plans with or without consent, reenrolling consumers with or without consent, advertisements, leads, compensation, bonuses, cash benefits, cash cards, $0 health insurance, checks, CMS, state insurance regulators, subsidies and/or sales scripts.

2. Documents sufficient to identify your Downlines, including any agreements between the Downlines and you.

3. All preservation letters sent to Downlines.

Dated: August 28, 2024.                                             Respectfully submitted,

LEVINE KELLOGG LEHMAN                        THE DOSS FIRM, LLC
SCHNEIDER + GROSSMAN LLP

By: */s/Jason Kellogg*                                                By: */s/Jason Doss*
Jason K. Kellogg, P.A.                                              Jason R. Doss
Florida Bar No. 0578401                                             Florida Bar No. 0569496
Primary email: jk@lklsg.com                                         Primary email: jasondoss@dossfirm.com
100 Southeast Second Street
Miami Tower, 36th Floor                                             1827 Powers Ferry Road Southeast
Miami, Florida 33131                                                Atlanta, Georgia  30339
Telephone: (305) 403-8788                                           Telephone: (770) 578-1314
Facsimile: (305) 403-8789                                           Facsimile: (770) 578-1302

CASE NO. 0:24-cv-60591-DAMIAN/Valle

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2024, the foregoing document was served this day on all counsel of record via email.

By: */s/ Jason Kellogg*
Jason K. Kellogg, P.A.

**EXHIBIT 1**

- Cypress Health Plans, Inc.
- Net Health Affiliates, Inc.
- National Health Insurance Group LLC
- Smart Insurance IQ, Inc.
- Insure Hippo, Inc.
- Health Prime Insurance, Inc.
- Positive Marketing LLC
- Aventa Health, LLC
- Jet Insurance Solutions Inc. d/b/a JET Health Solutions
- GLS Health LLC
- Sentinel One Health, Inc.
- Astra Health Group, Inc.
- National Coverage Consulting, Inc.
- Easy Quote Health Insurance Agency, LLC
- OSS Benefits Group Inc d/b/a OSS Benefits Group Insurance Agency
- The Health Insurance Group Inc.
- Overcome Health Insurance, Inc.
- We Cover Health, LLC
- Gasic Marketing Group, Inc. d/b/a IGD Insurance Agency
- OTM Coverage, Inc. d/b/a OTM Health Plans
- Smart Health Group, Inc. d/b/a Smart Insurance Group
- Healthcare Unlocked National LLC d/b/a Healthcare Unlocked ACA Plans
- Titan Home Guard, Inc. f/k/a Titan Health Group d/b/a Titan Health Insurance, Inc.
- Ensure Health Group Corp
- Prime Healthcare LLC
- Prime Healthcare Solutions Insurance Agency LLC
- Prime Health Coverage Inc
- Prime Healthcare Benefits LLC
- Prime Healthcare Partners Insurance Agency LLC
- AAJ Computer Services, LLC
- Jet Media Solutions Inc
- Health Insurance For All, Inc.
- Propel Health Insurance, LLC
- Propel Health, LLC
- Coverage Connected, LLC
- Order and Progress Insurance Agency Inc.
- Homebase Insurance Group LLC
- Big Blue
- STSPP
- Elevate Health Las Vegas