UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING EXPEDITED BRIEFING

**THIS CAUSE** is before the Court on Defendants' Expedited Joint Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss Amended Complaint [ECF No. 96] ("Motion to Stay"), filed September 27, 2024.

THE COURT has reviewed the Motion to Stay and the pertinent portions of the record and is otherwise fully advised. Defendants request a ruling on the Motion to Stay by October 21, 2024, pursuant to Local Rule 7.1(d)(2). In light of the foregoing, the Court finds expedited briefing appropriate. Accordingly, it is

**ORDERED** that Plaintiffs shall file a response to the Motion to Stay on or before **October 8, 2024**. Defendants may file a reply on or before **October 11, 2024**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 2nd day of October, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record