**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60591-CIV-DAMIAN/Valle**

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.

_____/

<u>**ORDER SETTING STATUS CONFERENCE**</u>

**THIS MATTER** is hereby set for a Status Conference on **Wednesday, October 16, 2024, at 11:30 a.m.**, in Courtroom 205C at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. The parties shall be prepared to address all scheduling matters, including Defendants' Expedited Joint Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss Amended Complaint [ECF No. 96].

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 2nd day of October, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record