UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA           **CLASS ACTION**
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,                (Jury Trial Demanded)

    Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
BENEFITALIGN, LLC,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS

Plaintiffs, Conswallo Turner, Tiesha Forman, Angelina Wells, Veronica King, Navaquote, LLC, Winn Insurance Agency, LLC and Paula Langley, individually and on behalf of all others similarly situated ("Plaintiffs"), move for an Order enlarging the time for Plaintiffs to respond to the Joint Motion to Dismiss filed by Enhance Health, LLC, TrueCoverage, LLC, Speridian Technologies, LLC, Benefitalign LLC, Girish Panicker, Matthew Goldfuss, Number

CASE NO. 0:24-cv-60591-DAMIAN/Valle

One Prospecting, LLC d/b/a Minerva Marketing, Net Health Affiliates, Inc., Matthew B. Herman, and Brandon Bowsky (the "Joint Motion to Dismiss") [ECF 100]:

1. The Defendants listed above filed their 60-page Joint Motion to Dismiss on September 30, 2024. [ECF 100]. Plaintiffs' response to that motion, also not to exceed 60 pages, is currently due on October 15. [*See* ECF 80].

2. Another Defendant, Bain Capital Insurance Fund L.P. ("Bain Insurance") is to file its Motion to Dismiss on October 16. [ECF 95]. Plaintiffs' response to Bain Insurance's motion is currently due on October 30.

3. The Court has ordered that Bain Insurance's motion shall (i) "indicate whether Bain Capital joins in any of the arguments raised" in the Joint Motion to Dismiss," and (ii) "address additional arguments not raised in the [Joint] Motion to Dismiss." [*Id.*]

4. Thus the Joint Motion to Dismiss and Bain Insurance's motion to dismiss will likely be related in some way. Plaintiffs seek to respond to both motions at the same time, and therefore request a 15-day extension of time, through and including October 30, 2024, to respond to the Joint Motion to Dismiss [ECF 100].

5. Plaintiffs further seek the requested extension based on the length of the briefs, and the need for additional time to address the arguments contained in those briefs.

6. The synchronization of the current response dates will also promote judicial economy and orderly scheduling.

7. This Motion is not made for the purpose of delay.

8. The case is not set for trial.

9. No party will be prejudiced by the granting of this Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order granting this Motion and enlarging the time for Plaintiffs to respond to the Joint Motion to Dismiss [ECF 100] by 15 days, through and including October 30, 2024. A proposed order is attached hereto as **Exhibit A.**

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Counsel for Plaintiffs conferred with counsel for Defendants who do not oppose the relief sought herein.

Dated October 4, 2024

By: /s/ *Jason K. Kellogg*
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: service@lklsg.com
Peter J. Sitaras
Florida Bar No. 1039141
Primary email: pjs@lklsg.com
Secondary email: acd@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

Respectfully submitted,

By: /s/ *Jason R. Doss*
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2024, a true and correct copy of the foregoing was served upon parties registered with CM/ECF in this case.

By: /s/ *Jason Kellogg*