## DECLARATION OF ALBERT MABRY

COMES NOW Albert Mabry, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 18977521).

3.

I worked as an agent with Digital Media Solutions, LLC d/b/a Protect Health ("DMS") from approximately October 19, 2023 to June 7, 2024.

4.

At all times material, DMS was/is a downline of TrueCoverage, LLC and DMS used Inshura as its enrollment platform to enroll consumers into ACA plans.

5.

During my tenure with DMS, I worked in several departments including on the sales team fielding calls with consumers. During my tenure on the sales team, the vast majority of calls that I received were from consumers that were expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements that led consumers to us were false and misleading because the cash cards did not exist and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

6.

As part of the lead generation process, DMS purchased leads that utilized "fronters," which are individuals that generate leads by either making outbound calls/texts to consumers or by fielding calls from consumers in response to the false advertisements. In both cases, I believe that the fronters lied to consumers about the existence of the cash card prior to transferring those consumers to live agents like me. For example, on or about January 29, 2024, Todd Davis, an DMS sales agent, sent me a Skype message complaining that he heard a fronter falsely promise a consumer on a call that the consumer would receive a "laptop, tv, etc" for staying on the line with Todd for more than 90 seconds. See below.



7.

When consumers were transferred to live agents like me, we were required by DMS in a sales script to first ask whether they were calling in about the [$6,400] benefit? The sales script was kept in Convoso, which is the dialer system used by DMS.

8.

The sales scripts also provided us with rebuttals that we were required to use when responding to questions about the cash cards. The rebuttals required us to be vague about the cash card and we were instructed to tell customers that they would need to contact the carrier and ask them about the reward programs they offer after they were enrolled.

9.

I received sales training when I first started at DMS. The sales training only lasted a week, which I found to be strange and inadequate for a number of reasons, including that it did not train us on the insurance products that we would be expected to sell to consumers. In addition, the training involved us listening to approximately 6-7 live calls. Each of those calls had a fronter on the line who would transfer consumers to live agents with Protect Health. I found these training calls to be very unusual, because consumers were calling in for the cash cards and the fronters/agents misrepresented the nature of the subsidy as described above. During the training, I expressed concerns to my supervisors Bret Easterling and John Ascherl about the deceptive nature of the cash cards being promised.

10.

Approximately two weeks after I started working at DMS, I complained to Michael Kosmas on a Zoom call that the ad campaigns used by DMS promising cash cards were deceiving

-3-

consumers. Each time, my complaints were dismissed by management and I was told not to worry about it and to use my "sales rebuttal skills" to work around it.

11.

Throughout my tenure with DMS, TrueCoverage and Inshura provided support to us in the sales department. For example in December 2023, an application on Inshura's enrollment platform showed that the application was "Locked." I was instructed by a representative of TrueCoverage to send her a screenshot to tappcustomerservice@truecoverage.com and TrueCoverage instructed me to "cancel/terminate" the application. See screenshot of a Skype message attached as Exhibit A. In February 2024, TrueCoverage provided us with sales training of selling ancillary products such as dental and vision coverage.

12.

DMS used Rackspace as our email platform and Skype and Slack for messaging and group chats among the sales team, Tango Team, and customer service. DMS used Zoom for virtual training. It used MME, a separate dialer used by customer service and the Tango Team, which kept text histories for agents. DMS used MME to contact consumers. DMS also kept records on Google shared drives. I recall other agents complaining about the deceptive advertisements and DMS's unscrupulous sales practices on Slack, Skype and Zoom.

13.

During the time period of the beginning of April through June 7, 2024, I worked in the research department of DMS. During this time period, my job was to research all the business that had been written to see what had been canceled and/or retained. Anything that had been canceled was flagged to be sent to the Tango Team to be recaptured. Our department also calculated the

-4-

number of sales for each agent for commission purposes and we provided support to the customer service department.

14.

From April through June 2024, DMS took steps to cover up fraudulent enrollments in a number of ways. For example, for consumers that did not qualify for $0 health insurance, we were instructed to change their income without talking to the consumers to make them qualify. This was accomplished by falsifying the CMS income attestation forms.

15.

Throughout my tenure at DMS, we were instructed to use Inshura to "scrub" applications submitted to determine if they had been canceled or terminated. If so, DMS instructed agents to reenroll those consumers without contacting them. Beginning in May 2024, DMS tried to cover up their practice of enrolling consumers without consent by instructing agents to try to contact the consumers to obtain retroactive consent.

16.

During early May 2024, we were instructed to pull all applications in Inshura that had Michelle Dumont listed as the agent of record ("AOR") to determine if they were enrolled or terminated. Alejandro Contreras told me that the research was requested because Michelle Dumont's AOR was showing for a different agency. To the best of my recollections, there were approximately 875 applications. To my knowledge, all terminated applications were reenrolled by Tango Team under a different AOR.

17.

In or around May 2024, I again complained about DMS using fraudulent leads promising cash card to consumers. In mid-May 2024, on a Zoom meeting that I attended along with Alejandro

Contreras, John Ascherl and Samantha Gulledge, I was told that we would be getting a different lead generation system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2024.

*Albert Mabry*
Albert Mabry (Jun 22, 2024 15:45 EDT)

Albert Mabry

# Albert Mabry Declaration

Final Audit Report   2024-06-22

| | |
|---|---|
| Created: | 2024-06-22 |
| By: | Jason Doss |
| Status: | Signed |
| Transaction ID: | |

## "Albert Mabry Declaration" History

- 📄 Document created by Jason Doss
  2024-06-22 - 7:34:00 PM GMT-

- ✉️ Document emailed to Albert Mabry for signature
  2024-06-22 - 7:34:04 PM GMT

- 📄 Email viewed by Albert Mabry
  2024-06-22 - 7:44:24 PM GMT-

- ✍️ Document e-signed by Albert Mabry
  Signature Date: 2024-06-22 - 7:45:01 PM GMT - Time Source: server-

- ✅ Agreement completed.
  2024-06-22 - 7:45:01 PM GMT

Adobe Acrobat Sign

# Exhibit A




