## DECLARATION OF ISAAC CRUZ

COMES NOW Isaac Cruz, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent.

3.

On June 21, 2024, my business partner, Daren Davis and I met with Gabriel Harrison at TrueCoverage at the Deerfield Beach call center to discuss a potential business opportunity. The meeting began at approximately 11:00 A.M.

4.

While we were meeting with Gabriel Harrison, he received a telephone call from Matthew Goldfuss. I believe the call came in sometime between 11:30 AM and noon. The call lasted several minutes and Mr. Goldfuss's voice was loud enough that we were able to hear him.

5.

I overheard Mr. Goldfuss ask Gabriel Harrison whether he had deleted a group chat used at TrueCoverage's call center. Mr. Harrison denied deleting the group chat to Mr. Goldfuss but when he hung up the phone, Gabriel Harrison turned to Daren Davis and I and said in substance that Matthew Goldfuss's question was stupid because, of course I'm gonna cover my ass and I deleted the group chat.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2024.

_Isaac Cruz_
Isaac Cruz (Jun 28, 2024 18:26 EDT)

_____

Isaac Cruz

# Declaration of Isaac Cruz

Final Audit Report            2024-06-28

| | |
|---|---|
| Created: | 2024-06-28 |
| By: | Jason Doss |
| Status: | Signed |
| Transaction ID: | |

## "Declaration of Isaac Cruz" History

- Document created by Jason Doss
  2024-06-28 - 10:18:05 PM GMT-

- Document emailed to Isaac Cruz ( ) for signature
  2024-06-28 - 10:18:08 PM GMT

- Email viewed by Isaac Cruz
  2024-06-28 - 10:23:38 PM GMT-

- Document e-signed by Isaac Cruz
  Signature Date: 2024-06-28 - 10:26:01 PM GMT - Time Source: server-

- Agreement completed.
  2024-06-28 - 10:26:01 PM GMT

**Adobe Acrobat Sign**