## DECLARATION OF DAREN DAVIS

COMES NOW Daren Davis, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent.

3.

On June 21, 2024, my business partner, Isaac Cruz and I met with Gabriel Harrison at TrueCoverage at the Deerfield Beach call center to discuss a potential business opportunity. The meeting began at approximately 11:00 A.M.

4.

While we were meeting with Gabriel Harrison, he received a telephone call from Matthew Goldfuss. I believe the call came in sometime between 11:30 AM and noon. The call lasted several minutes and Mr. Goldfuss's voice was loud enough that we were able to hear him.

5.

I overheard Mr. Goldfuss ask Gabriel Harrison whether he had deleted a group chat used at TrueCoverage's call center. Mr. Harrison denied deleting the group chat to Mr. Goldfuss but when he hung up the phone, Gabriel Harrison turned to Isaac Cruz and I and said in substance that Matthew Goldfuss's question was stupid because, of course I'm gonna cover my ass and I deleted the group chat.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2024.

_____
Daren Davis (Jun 28, 2024 18:32 EDT)

_____
Daren Davis

# Declaration of Daren Davis

Final Audit Report                                                          2024-06-28

| | |
|---|---|
| Created: | 2024-06-28 |
| By: | Jason Doss ███████████ |
| Status: | Signed |
| Transaction ID: | ███████████████████████ |

## "Declaration of Daren Davis" History

▢ Document created by Jason Doss ████████████████
  2024-06-28 - 10:13:23 PM GMT- I███████████

▢ Document emailed to Daren Davis ██████████ for signature
  2024-06-28 - 10:13:26 PM GMT

▢ Email viewed by Daren Davis ███████████
  2024-06-28 - 10:31:27 PM GMT-███████

◿ Document e-signed by Daren Davis ██████████████
  Signature Date: 2024-06-28 - 10:32:08 PM GMT - Time Source: server-███████████████

✔ Agreement completed.
  2024-06-28 - 10:32:08 PM GMT