# DECLARATION OF ELIZABETH NOVOTNY

COMES NOW Elizabeth Novotny, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN: 19090821).

3.

I worked as an agent with Enhance Health from approximately November 17, 2022 to January 17, 2023.

4.

Throughout my tenure with Enhance Health, virtually all the inbound calls (at least 9 out of 10) that I received from consumers were in response to online advertisements and consumers were calling in expecting to receive a cash card that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash card did not exist, and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance.

5.

Enhance Health knew that consumers were calling in response to the false advertisements because the sales scripts required us to be vague about the cash card and told us to tell consumers

that any benefits would come in the mail after the insurance policy was issued and that they would need to contact the carrier and ask them about the reward programs they offer.

6.

In or around January 2023, I was reprimanded by Xavier Williams, my direct supervisor, for not following the script and for explaining that the cash card being promised in the advertisement that the consumer saw was not real.

7.

On or about January 17, 2023, I quit Enhance Health because the job was exhausting and stressful. Enhance Health put agents like me under immense pressure to sell large volumes of ACA policies in a short amount of time. For example, if followed from beginning to end, the sales script we were provided took less than seven minutes to enroll a consumer. In my opinion, this was not enough time to speak with consumers, field questions, and appropriately sell policies in a compliant way.

8.

If consumers were already enrolled in an ACA policy, we were instructed to capture the customers by switching their plans regardless of whether it was appropriate for their needs. We were also instructed to change the agent of record ("AOR") to someone at Enhance Health.

9.

In addition, with regard to the income requirements to qualify for zero-dollar ACA plans, we were instructed by management to artificially inflate consumers' income to make them qualify for coverage, even if doing so, would cause them to have to repay the subsidy at the end of year.

-3-

I never gave Enhance Health authority to use me as an AOR on any policy that I was not directly involved in the sale, and I certainly did not give Enhance Health permission to use me as an AOR after I left the company on January 17, 2023.

10.

I have never sold an ACA policy to a consumer named Jana Burns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2024.

*Elizabeth Novotny (May 13, 2024 14:40 CDT)*

Elizabeth Novotny

# Elizabeth Novotny Declaration

Final Audit Report                                            2024-05-13

| Created: | 2024-05-13 |
|---|---|
| By: | Jason Doss |
| Status: | Signed |
| Transaction ID: | |

## "Elizabeth Novotny Declaration" History

- Document created by Jason Doss
  2024-05-13 - 7:22:21 PM GMT-

- Document emailed to Elizabeth Novotny ( ) for signature
  2024-05-13 - 7:22:25 PM GMT

- Email viewed by Elizabeth Novotny ( )
  2024-05-13 - 7:40:13 PM GMT-

- Document e-signed by Elizabeth Novotny ( )
  Signature Date: 2024-05-13 - 7:40:35 PM GMT - Time Source: server-

- Agreement completed.
  2024-05-13 - 7:40:35 PM GMT

**Adobe Acrobat Sign**