## DECLARATION OF HEATHER CATTANEO

COMES NOW Heather Cattaneo, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 20823137).

3.

I worked as an agent with TrueCoverage and as an employee of Speridian Technologies (collectively referred to as "TrueCoverage") from approximately September 27, 2023 to March 11, 2024 at a call center in Deerfield Beach, Florida.

4.

Throughout my tenure with TrueCoverage, consumers called into our call center in response to advertisements. Consumers were calling in expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for groceries, rent, etc. These advertisements were false and misleading because the cash cards did not exist and the money being promised was actually a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

5.

The sales scripts that TrueCoverage required us to follow misled consumers about the cash cards being promised.  For example, the sales script instructed us to open the call with the following:

> Thank you for calling TrueCoverage.  This is _____ speaking on a recorded line.  How are you doing today?

6.

After the consumer responded to the initial question, the sales script instructed us to say: "Fantastic, and you saw the prequalified result that led you to us?"

7.

The "prequalified result" was a reference to the false advertisement telling the consumer that they were prequalified to receive the cash card.

8.

The sales scripts also provided us with rebuttals that we were required to use when responding to questions about the cash cards. The rebuttals required us to be vague about the cash card. For example, one of the rebuttals instructed us to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

9.

Throughout my tenure, TrueCoverage and Speridian executives and management, including Matthew Goldfuss, National Sales Director, John Runkel, Sr. Director of Quality Assurance, and Gabriel Harrison, Regional Director, knew that consumers were calling in response to the false advertisements promising cash cards and they pressured agents to use them to enroll consumers into ACA plans.

10.

Agents in the Deerfield Beach call center frequently complained verbally and on TrueCoverage's group chat about the false advertisements. Throughout the time I worked there, agents were told by Matthew Goldfuss, Gabriel Harrison and others in the management to stop complaining and they threatened to pull us off the sales floor.

11.

For example, on October 6, 2023, Gabriel Harrison, the Regional Director and head of the Deerfield Beach call center, scolded agents for participating in the group chat complaining about the prevalence of the fraudulent advertisements falsely promising the cash cards and he stated, "NEXT PERSON WHO SAYS SOMETHING NEGATIVE IS OFF THE PHONES[.]"See attached Exhibit A.

12.

On October 6, 2023, Matthew Goldfuss then wrote, "If you have issues with it, speak to Gabe, we don't need toxicity spread to everyone[.]" Gabriel Harrison followed with "BUYERS ARE LIARS" and "If YOU dont WANT UNLIMITED FREE LEADS THEN COME SEE ME" See Exhibit A.

13.

On November 3, 2023, John Runkel, Senior Director of Quality Assurance, sent the following email, which instructed agents at the beginning of Open Enrollment to deceive consumers about the cash cards being promised in the ads. See below and attached as Exhibit B.

Cash Card Reminder

John Runkel <john.runkel@speridian.com>
Fri 11/3/2023 1:16 PM
**Cash Card Reminder**

The customer must bring up the Cash Card to you first before you can engage in any general information.

You must be vague and cannot give any specifics, about any rewards program, under any circumstances.

Despite what ads are promoting, we must always encourage the customer to contact the insurance carrier for additional information about the possibility of additional benefits.

**John Runkel | Sr. Director Quality Assurance**
TrueCoverage LLC | 2400 Louisiana Blvd SE, Bldg. 3, Albuquerque, NM 87110
O: (505) 591-1327 |
Email: john.runkel@speridian.com | www.truecoverage.com



14.

I was reprimanded by management for telling consumers that the cash cards did not exist, which was a breach of company policy. For example, on or about January 26, 2024, I complained in writing to Michele Wilson, who was with HR at TrueCoverage, about my floor manager, Kevin Hale. In my email, I stated in pertinent part:

> Gabriel told me that I had to come to you regarding an issue I had with Kevin today. This is not the first issue, but I have ignored it normally. Today, it started at 8:45 am when I was explaining a dental plan to a customer and told me to stop while I was on the phone with customer so I had to call them back later. Then I was on the phone with another customer this afternoon and he told me that he never wanted to hear me say to a customer that asked about receiving cash or checks for the subsidy not to say they were not receiving cash ever again. Then he came back around once I was off the phone and said something to me and I in return said I wasn't telling a customer inquiring about receiving cash that they were and losing my license. So, he said sometimes I have to be the bad guy and tell them I don't know what they are receiving check, card, etc. (Emphasis added).

See Exhibit C.

15.

On the other hand, TrueCoverage management praised agents who were vague about the existence of the cash being falsely promised. For example, on or about January 30, 2024, Kevin Hale sent a group chat to the sales agents in the Deerfield Beach call center. In the group chat, Kevin Hale wrote:

> I've got agents like Adolfo with 20 deals today. So if you have 5 or less, there actually may be some shame in your game. . . . <u>As always, [the] Where's my money? Folks should be sales. I heard someone telling the client they don't get a check, WRONG! and the call went South from there. Read your rebuttals</u>.

See Exhibit D.

16.

Throughout my time at TrueCoverage, we were instructed by management, including Matthew Goldfuss and Gabriel Harrison, to enroll consumers into health plans no matter what even if they already had health insurance. If consumers that called in already had an ACA health insurance plan, we were instructed to re-enroll them anyway whether or not it was appropriate for their needs. For example, on or about November 20, 2023, Matthew Goldfuss sent an email and group chat message instructing everyone "For right now, <u>WE DO WANT YOU TO ENROLL EVERYONE</u> that comes your way." […] "<u>SO ENROLL THEM ALL!</u>" See Exhibit E. On December 15, 2023, Gabriel Harrison sent an email to the agents stating, "Every call that comes in that line you are to enroll them[.]" See Exhibit F.

17.

It is my understanding that in or around February 2024, TrueCoverage was under scrutiny by CMS and insurance regulators, in part, for using fraudulent advertisements to enroll consumers and for unlawfully switching consumers into new ACA plans without their consent. Also, they learned of the threat of a possible class action lawsuit.

18.

During that time period, TrueCoverage told agents in the Deerfield Beach call center that it had stopped using the advertisements. On or about February 26, 2024, Matthew Goldfuss claimed that TrueCoverage had stopped using the fraudulent ads. He also acknowledged that the fraudulent advertisements caused consumers to be deceived and that they had been the cause of the high volume of calls. In an email and group chat on February 26, 2024, Matthew Goldfuss wrote as follows:

Good early evening team,

Many of you are most likely wondering why call volume has dropped off over the past few weeks and especially so the past few days. We have made a decision to have 0 tolerance policy with companies that are sending us ads that are either outright deceptive or could be misconstrued as misleading. We have informed our lead partners of this policy and as a result this is why you are seeing call volumes decline. The call volume will pick back up but before we begin that process we are committed to rooting out the bad ads and call volumes will most likely remain weak for most likely the next couple of weeks.

There are other calls centers that don't care if they run bad ads and they are willing to take that risk. If TrueCoverage wanted to we could easily open back up the spigots and have a lot more call volume but we are in this for the long-term. We would rather do things the right way.

We appreciate everyone's patience on the matter.

(Emphasis added). Exhibit G.

19.

I confirm that the call volume dropped significantly in February 2024. For example, at the end of the Open Enrollment Period in January 2024, I received approximately 20-30 calls per day. By the end of February 2024, I recall only getting approximately 8-10 calls daily.

20.

TrueCoverage nevertheless continued to generate leads based on the fraudulent advertisements. For example, on or about March 5, 2024, a consumer that I spoke with sent me a copy of the false advertisement that led her to speak with me at TrueCoverage. See below and attached as Exhibit H.



21.

After I quit TrueCoverage, I discovered that the company, without my knowledge and consent, used my name and NPN as agent of record on ACA enrollments that I was not involved with and had no knowledge about.

22.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2024.

*Heather Cattaneo*
Heather Cattaneo (Jun 11, 2024 13:28 EDT)

_____

Heather Cattaneo

# Heather Cattaneo Declaration

**Final Audit Report**                                                      2024-06-11

| | |
|---|---|
| Created: | 2024-06-11 |
| By: | Jason Doss ███████████ |
| Status: | Signed |
| Transaction ID: | ██████████████████████ |

## "Heather Cattaneo Declaration" History

📄 Document created by Jason Doss (███████████████)
2024-06-11 - 5:27:26 PM GMT-████████████

📧 Document emailed to Heather Cattaneo ██████████████ for signature
2024-06-11 - 5:27:30 PM GMT

📄 Email viewed by Heather Cattaneo █████████████
2024-06-11 - 5:27:53 PM GMT-██████████

✍️ Document e-signed by Heather Cattaneo (███████████████)
Signature Date: 2024-06-11 - 5:28:35 PM GMT - Time Source: █████████████

✅ Agreement completed.
2024-06-11 - 5:28:35 PM GMT

**Adobe Acrobat Sign**

# Exhibit A



# Deerfield Beach Office Team

Chat   Files

Search

**Evelyn Harrison**   Good Morning Team! Lets get on the phones and make some $$$$$$$$$$$$$$$$$$$$ Jose did 5 dental yesterday! You can tool Me and Aaron are going to be doing a few one on ones today. I will pick out two and him two as w...07/03

Katrina, THey do

I know what they see

**Gabriel Harrison** 06/10/23 11:20
NEXT PERSON WHO SAYS SOMETHING NEGATIVE IS OFF THE PHONES

**Matthew Goldfuss** 06/10/23 11:20
People hear, see and read what they want to see

**Christian Beaty** 06/10/23 11:21

Katrina Fuller 06/10/2023, 11:20
They dont

Subsidy: a sum of money granted by the government or a public body to assist an industry or business so that the price of a commodity or service may remain low or competitive.

**Gabriel Harrison** 06/10/23 11:21
I HAVE SHOWN ALL OF YOU THE ADVERTISEMENTS! YOU HAVE SEEN THEM

Type a message



Deerfield Beach Office Team

Chat   Files

Evelyn Harrison   Good Morning Team! Lets get on the phones and make some $$$$$$$$$$$$$$$$$$ Jose did 5 dental yesterday! You can too! Me and Aaron are going to be doing a few one on ones today, I will pick out two and him two as w...

Matthew Goldfuss  06/10/23 11:21
If you have issues with it, speak to Gabe, we don't need toxicity spread to everyone

The ads say they can qualify for up to $6400 in subsidies    FOR HEALTH INSURANCE

Gabriel Harrison  06/10/23 11:21
BUYERS ARE LIARS.

Katina Fuller  06/10/23 11:21
Can I see those advertisements? I haven't saw any

Gabriel Harrison  06/10/23 11:22
If YOU dont WANT UNLIMITED FREE LEADS THEN COME SEE ME

Quasion Williams-Miles  06/10/23 11:22
Anyone has advertisement to look at to rebuttal?

Gabriel Harrison  06/10/23 11:22
yes come to my office katina

Type a message

# Exhibit B

## Cash Card Reminder

John Runkel <john.runkel@speridian.com>
Fri 11/3/2023 1:16 PM

<u>Cash Card Reminder</u>

The customer must bring up the Cash Card to you first before you can engage in any general information.

You must be vague and <u>cannot give any specifics</u>, about any rewards program, under any circumstances.

Despite what ads are promoting, we must always encourage the customer to contact the insurance carrier for additional information about the <u>possibility</u> of additional benefits.

**John Runkel | Sr. Director Quality Assurance**
TrueCoverage LLC | 2400 Louisiana Blvd SE, Bldg. 3, Albuquerque, NM 87110
O: (505) 591-1327 |
Email: <u>john.runkel@speridian.com</u> | <u>www.truecoverage.com</u>



# Exhibit C



issue

**Heather Cattaneo**
To: Michele Wilson
Cc: Gabriel Harrison

Fri 1/26/2024 3:56 PM

Hi Michele,

Gabriel told me I had to come to you regarding an issue I had with Kevin today. This is not the first issue, but I have ignored it normally. Today it started at 845 am when I was explaining a dental plan to a customer and told me to stop while I was on the phone with customer so I had to call them back later. Then I was on the phone with another customer this afternoon and he told me that he never wanted to hear me say to a customer that asked about receiving cash or checks for the subsidy not to say they were not receiving cash ever again. Then he came back around once I was off the phone and said something again to me and I in return said I wasn't telling a customer inquiring about receiving cash that they were and losing my license. So, he said sometimes I have to be the bad guy and tell them I don't know what they are receiving check, card, etc. Normally I would not have gotten so upset and I usually ignore him but it was back-to-back and I have previously lost sales because of him. I was not going to say anything but Evelyn came by and I was upset and spoke to me privately and said she had to let Gabe know what was going on since it was not the first incident. If you need any more information, please let me know.

Regards,

**Heather Cattaneo** | Insurance Agent
Truecoverage LLC | 333 SW 12th Ave Deerfield Beach FL 33442
www.truecoverage.com

One -stop-shop for all your insurance needs.

Reply    Reply all    Forward

# Exhibit D



10A 13H 3Dentals 1Vision

♥ 1

Kevin Hale  1/30 5:24 PM

KH  **Everyone** I've got agents like Adolfo with 20 deals today. So if you have 5 or less, there actually may be some shame in your game.  Are you calling for the subsidy? should never come out of your mouth.  Or are you calling for the discount card/rewards card? You might want to hit the restroom and splash some water on yourself. Tighten up, focus, keep it moving, be ready with quick rebuttals and assume the sale, 'cause it's usually no cost to them.  This is easy.  As always. Where's my money? folk should be sales.  I heard someone telling client they don't get a check, WRONG! and the call went South from there.  Read your rebuttals.

😂 4    🙏 3    😭 1

#52.1

# Exhibit E

## ice Team  ✏ Chat  Files  ⊞

Team! Lets get on the phones and make some $$$$$$$$$$$$$$$$$$$$ Jose did 5 dental yesterday! You can fool Me and Aaron are going to be doing a few one on ones to



**Matthew Goldituss** 20/11/23 13:23

Good afternoon team,

I know there is some confusion as to whether or not you should be re enrolling existing customers.

For right now, <u>**WE DO WANT YOU ENROLL EVERYONE**</u> that comes your way.

The reason being is that for some of these customers even though they show up as ACTIVE, that Active is for 2023 policy and we may have not have renewed them for a 2023 plan yet.

We do plan on putting in something into MME to show whether or not they have a 2024 plan active with us yet to better differentiate but at the moment we do not have that.

<u>**SO ENROLL THEM ALL!**</u>

We will pay you as if it is a new enrollment of $17 like we normally do, only unless they already have a 2024 active plan with us, which we won't know until we put in that fix.  But do enroll them all. I suspect most of them have not been renewed.

Type a message

# Exhibit F



**Clearing the Air**

GH **Gabriel Harrison**
To: TC Deerfield Agents; TC Deerfield Leads; TC Deerfield Admin
Fri 12/15/2023 1:25 PM

Good Afternoon Team,

Let me clear the air for everyone. Nothing has changed......... Your commissions are Correct and on Point, Your Hourly Is On Point, Your Overtime is On Point, for those of you who worked for double pay after thanksgiving we have been going through each of your time clocks and if there was an error in calculation for that day then we are going to rectify it.

Every call that comes in that line you are to enroll them, nobody is getting screwed out of their money or pay, if you have a question regarding your pay then come see me and Michele but stop spreading false information about payroll that you don't have the correct answer to.

That email was mainly directed to Other centers not ours, we are the **TOP PRODUCERS** , if you are putting in your numbers then losing 1 sale or even 3 by the end of the week is not going to Affect you!! Get with the Picture guys , everything is great and you all have been paid very well , plus we feed you, plus we give you Bonus for just doing your job , we give out cash spiffs to push you to hit numbers for your own Gain, we give out Prizes for those of you who Put in that extra work to be successful , Guys we pay out Huge checks and everyone knows it, why would we as a company Harm your pay ? We are here to Help you all Become Fat and Happy With a Wheel Borrow full of **CASH!**

Guys don't get stuck in your head, lets push forward and continue the success we have started and make next year an awesome year with a Big book of Business!

**Gabriel Harrison** | Regional Director
Truecoverage LLC | 333 SW 12th Ave
Deerfield Beach Fl 33442
C: (386) 237-5060
O: (850) 920-4055
Email: Gabriel.Harrison@truecoverage.com  www.truecoverage.com

One-stop-shop for all your
insurance needs.

# Exhibit G

phones and make some $$$$$$$$$$$$$$$$$$$$$$$$ Jose did 5 dental yesterday! You can too! Me and Aaron are going to be doing a few one on ones today, I will pick ou

♥ 2

**Matthew Goldfuss** 26/02 17:08

Good early evening team,

Many of you are most likely wondering why call volume has dropped off over the past few weeks and especially so the past few days. We have made a decision to have a 0 tolerance policy with companies that are sending us ads that are either outright deceptive or could be misconstrued as misleading. We have informed our lead partners of this policy and as a result this is why you are seeing call volumes decline. The call volume will pick back up but before we begin that process we are committed to rooting out bad ads and call volume will most likely remain weak for most likely the next couple weeks.

There are other call centers that don't care if they run bad ads and they are willing to take that risk. If TrueCoverage wanted to we could easily open back up the spigots and have a lot more call volume but we are in this for the long-term. We would rather do things the right way.

We appreciate everyone's patience on the matter.

🔥 6    ♥ 4

**Amy Cannon** 26/02 17:43

Type a message

↓ New



# Exhibit H

