## DECLARATION OF NIVEA NAZARIO DE MELO

COMES NOW Nivea Nazario De Melo, who, upon being duly sworn, deposes and states as follows, pursuant to 28 USC § 1746:

1.

I am over eighteen years of age and competent to give this Declaration, which is based upon my personal knowledge and is voluntary.

2.

I am a licensed health insurance agent (NPN 20712755).

3.

I worked for Net Health Affiliates, Inc. (referred to as "NHA") as a sales agent from approximately July 2023 to April 2024 at a call center located at 1560 Sawgrass Corporate Parkway, Sunrise, Florida 33323. Our office was in the building directly next to Enhance Health.

4.

I believe that the owner of NHA was/is Bruce Goldberg. The agent who ran our call center was Ervence Pierre. When I started working at NHA, it had approximately 20 sales agents, but it grew to approximately 60 sales agents during the 2023 Open Enrollment Period, i.e. November 2023-January 2024.

5.

NHA was and/or is a downline agency of Enhance Health. It is my understanding that Enhance Health's marketing department controlled what leads NHA received. Throughout my tenure with NHA, consumers called into our call center in response to advertisements from those leads. Approximately 95% of inbound calls were from consumers calling in expecting to receive cash cards that promised to pay them thousands of dollars per month that could be used to pay for

-1-

-2-

groceries, rent, etc. These advertisements that led consumers to call were false and misleading because the cash cards did not exist as portrayed and the money being promised actually was a subsidy that the federal government paid to the insurance carriers to reduce the premiums for the health insurance. The advertisements also told consumers that they prequalified for these benefits, which was not true.

6.

The sales scripts that we were required to follow encouraged us to be vague about the cash card and we were instructed to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

7.

Throughout my time at NHA, we were instructed by management, including Ervence Pierre, to enroll consumers into health plans no matter what, even if they already had health insurance. If consumers that called in already had an ACA health insurance plan, we were instructed to re-enroll them anyway, including switching carriers, regardless of whether it was appropriate for their needs.

8.

Even though NHA was a separate entity, Enhance Health monitored and controlled the operations of NHA, and allowed NHA to hold itself out to consumers as being Enhance Health. For example, we were required to answer inbound calls as "Good morning. I am a licensed insurance agent . . . with Enhance Health enrollment center."

9.

Throughout my tenure, NHA, its owner and management, and Enhance Health, including its executives and management, knew that consumers were calling in response to the false

advertisements promising cash cards and they pressured agents to use them to enroll consumers into ACA plans.

10.

For example, Enhance Health's marketing department, headed by Mark Shuler, monitored and controlled our sales practices. Enhance Health's marketing department created a group text with Ervence Pierre, our NHA sales team leader, and possibly other members of leadership at NHA. The group chat between Enhance Health's marketing department and Ervence Pierre was called "EH/NHA."

11.

Ervence Pierre would send us screenshots of the instructions he was receiving from Enhance Health through the EH/NHA group text. He would forward these screenshots to a group text comprised of NHA sales agents, including myself. We were asked to use our personal cell phones to participate in the NHA group text.

12.

The following text message was sent to our sales agents by Enhance Health's marketing department through the EH/NHA group chat. Juan Collado, whose name is on the text message, worked in Enhance Health's marketing department. The text suggests that Enhance Health was monitoring NHA's sales calls. In the text, Enhance Health's marketing department criticizes an NHA sales agent for losing a sale by not misleading the consumer about cash cards: "She needed to explain [to the consumer] that if you approved for a health plan you will then also get a spending card from the carrier for everyday needs yes sir."



13.

NHA used a dialing system called TLD and as sales agents, the dialer showed where the leads came from. The two lead generators that had the most volume of leads that used fraudulent ads promising cash cards were, "My ACA" and "MNV," which referred to Minerva Marketing.

-5-

14.

The sales scripts that we were required to follow encouraged us to be vague about the cash card and we were instructed to tell customers that they would need to contact the carrier and ask them about the reward programs they offer.

15.

Throughout my tenure with NHA, agents were instructed to enroll consumers in health plans with specific carriers before we spoke with consumers. In other words, the health plans that we were going to enroll consumers into were predetermined prior to speaking with consumers, without regard to whether those health plans met consumers' health care needs.

16.

We received instructions through EH/NHA group chats about what plans to sell on a given day. Below are a couple of examples:

On November 17, 2023 at 10:17 AM, we received the following text:



Another example on a different date stated:



17.

As illustrated in the group text below, Enhance Health dictated what plans to sell. I believe it was so that Enhance Health could receive additional compensation from carriers. One text stated that "Matt the CEO" — that is, Matt Herman, CEO of Enhance Health — was monitoring NHA's sales and dictating the insurance carrier we needed to sell to consumers:

On September 25, 2023 at 9:39 AM, we received the following text:



-6-

18.

On multiple occasions, I complained to NHA's management, including but not limited to its owner, Bruce Goldberg, about the fact that NHA was misleading consumers through its deceptive advertisements and its sales process. Each time, my complaints were dismissed.

19.

NHA used BenefitAlign as its enrollment platform until the beginning of the Open Enrollment Period in or around November 2023. Enhance Health also used BenefitAlign at that time. Beginning in or around that time, NHA switched its enrollment platform to Jet Health, which is now also Enhance Health's enrollment platform. Throughout my time at NHA, we used Total Leads Domination or "TLD" as our dialer system, which was also Enhance Health's dialing system. Enhance Health's customer service department was responsible for reviewing NHA's enrollment applications. This was another way that Enhance Health controlled NHA.

20.

In February 2024, our call volume dropped significantly. We were told that the drop in call volume was the result of Enhance Health trying to "clean up the vendors." This referred to the lead generators sending NHA leads based on the fraudulent cash cards.

For example, on February 13, 2024 at 3:15 PM, the NHA sales agents, including myself, received the following text message:

> You may have noticed volume has been lower in February (unless of course if you have your head in the sand-lol) - to counter this we are going to keep calls flowing until 7 going forward to catch up! This begins TODAY!! - we are making adjustments as we speak to update the call times with the vendors - please keep your agents and get those sales.

21.

I am concerned that NHA and/or Enhance Health has used my name and NPN as agent of record on ACA enrollments without my knowledge and consent. I have started to receive letters from regulators related to customer complaints on policies that I am listed as the agent of record on that I was not involved with and had no knowledge about. To date, I have received three complaint letters from regulators, two from Georgia's insurance regulator and one from the Arkansas insurance regulator.

22.

I am concerned that Enhance Health is not responding to these complaints because on June 17, 2024, I spoke with Zenobia Cooper-Birt, Complaints Analyst with the Georgia Office of Insurance Commissioner, John F. King. Ms. Cooper-Birt called me because she was concerned about my license. Enhance Health told her that it would be responding to the complaint but she let me know that she had not received anything and the deadline had passed. I believe the fact that Enhance Health is communicating on my behalf shows that its controls NHA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2024.

_____
Nivea Nazario De Melo (Jul 3, 2024 18:11 EDT)

Nivea Nazario De Melo

# Nivea Nazario De Melo Declaration

Final Audit Report 2024-07-03

| Created: | 2024-07-03 |
|---|---|
| By: | Jason Doss |
| Status: | Signed |
| Transaction ID: | |

## "Nivea Nazario De Melo Declaration" History

📄 Document created by Jason Doss
2024-07-03 - 10:09:00 PM GMT-

📧 Document emailed to Nivea Nazario De Melo ( ) for signature
2024-07-03 - 10:09:05 PM GMT

📄 Email viewed by Nivea Nazario De Melo
2024-07-03 - 10:10:12 PM GMT-

✍ Document e-signed by Nivea Nazario De Melo ( )
Signature Date: 2024-07-03 - 10:11:49 PM GMT - Time Source: server-

✅ Agreement completed.
2024-07-03 - 10:11:49 PM GMT

**Adobe Acrobat Sign**