**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, AND MATTHEW GOLDFUSS.<br><br>　　　　　　　Defendants. | Case No.: 0:24-cv-60591-MD |

**DECLARATION OF ALIDA J. BUSTOS**

1

I, Alida J. Bustos, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States as follows:

1. I submit this declaration in support of Enhance Health, LLC, and Matthew Herman's Reply in Support of their Motion to Stay Discovery.

2. I am employed by Enhance Health, LLC ("Enhance Health") as Corporate Paralegal, a position I have held since March 18, 2024. My role involves, though is not limited to, assisting the legal and operations departments with matters related to corporate governance, preparing organizational documents (e.g., operating agreements), entity formation, assisting with litigation and dispute resolution matters (e.g., subpoena management and response coordination), conducting legal research on various matters, and assisting with general administrative tasks assigned.

3. Unless otherwise indicated, all facts set forth in this Declaration are based upon: (a) my personal knowledge; and (b) my review of Plaintiffs' First Request for Production of Documents and First Set of Interrogatories directed to Enhance.

4. Responding to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories will require a minimum of 20 (though possibly more) of past and present employees to review least more than 10 terabytes of data.

5. To comply with Plaintiffs' requests for electronically stored data in Requests for Production Numbers 1 and 2 from November 1, 2021, to present, Enhance Health will need to review at least 1,400 unique accounts totaling over 10 terabytes of data.

6. Specifically, Request for Production Number 1 calls for all text messages on any device, including personal cellphones, by all employees, both current and former, to Enhance Health's downlines about a range of topics from November 1, 2021, to present. From June 2022

to present, Enhance Health has employed over 2,000 people. To determine the precise number and identities of employees prior to June 2022, Enhance Health would have to extract data from an archived system. In order to respond to the discovery as worded, Enhance Health would need to forensically extract data from over 2,000 personal cell phones, computers, and workstations. Additionally, information would need to be extracted from C: Drives, share drives, and third-party cloud-based document storage platforms such as Microsoft Sharedrive, Google workspaces, and DropBox. This would require Enhance Health to navigate privacy concerns for all of the current and former employees whose information would be sought.

7. If Plaintiffs seek customer information, Enhance Health has four systems from which customer data, calls, and information would need to be extracted. This includes approximately 2.6 million recorded consumer calls and unique records for about 1.8 million members, including sensitive private information regarding their identities and income.

8. The information in Enhance Health's possession is currently preserved and will not be destroyed.

\*   \*   \*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States that the foregoing is true and correct.

Executed on October 11, 2024, in Miami-Dade County, Florida.

_____
Alida J. Bustos