# EXHIBIT B

**Declaration of Ashwini Deshpande**

1. My name is Ashwini Deshpande. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2. I am the Chief Executive Officer of TrueCoverage, LLC.

3. TrueCoverage received from counsel for the Company a .pst file that had been relayed to TrueCoverage's outside counsel at HWG LLP, by counsel for the Plaintiffs in *Turner et al v. Enhance Health LLC et al*. A .pst file is a type of computer file used to save the contents of all or some of a user's email box in Microsoft Outlook. I have been informed that Paul Montgomery, a former employee of TrueCoverage, produced this .pst file to Plaintiffs' counsel. TrueCoverage personnel reviewed the .pst file and found that it contained 20,661 email messages. The newest file in this .pst appears to be dated November 14, 2023, which is consistent with Mr. Montgomery's date of departure from the Company.

4. TrueCoverage maintains the email records of departed employees, and the email accounts often continue to receive email traffic long after an employee departs. TrueCoverage's email account for Mr. Montgomery currently has approximately 46,000 email messages. Of these, over 26,000 have been received since November 14, 2023, leaving approximately 20,000 emails in the Company record of Mr. Montgomery's email from the time period up to and including November 14, 2023.

5. Therefore, I surmise that the .pst file received from counsel for the Plaintiffs in this matter contains substantially all of Mr. Montgomery's TrueCoverage email messages as of the time of his departure.

6. I declare under penalty of perjury that the foregoing is true and correct.

1

Date: October 15, 2024

_____
Ashwini Deshpande

2