UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, and MATTHEW GOLDFUSS.<br><br>Defendants. | Case No.: 0:24-cv-60592-MD |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER REGARDING MATERIAL PRODUCED BY PAUL MONTGOMERY IN RESPONSE TO THIRD-PARTY SUBPOENA**

THIS CAUSE came before the Court upon Defendant TrueCoverage, LLC's Motion for a Protective Order Regarding Material Produced By Paul Montgomery In Response to a Third-Party Subpoena ("the Motion"). The Court has carefully considered the Motion and, being otherwise fully advised, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Plaintiffs are **ORDERED** to destroy all documents in their possession, custody, or control that Plaintiffs received from Paul Montgomery in response to the Montgomery Subpoena issued August 27, 2024.

3. The scope of discovery covered by the Montgomery Subpoena is narrowed as follows:

_____

_____

_____

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of _____, 2024.

_____
ALICIA O. VALLE
United States Magistrate Judge

2