# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA KING,
NAVAQUOTE, LLC and WINN
INSURANCE AGENCY, LLC, individually
and on behalf of all others similarly situated,

            Plaintiffs,

    v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC, SPERIDIAN
TECHNOLOGIES, LLC, BENEFITALIGN,
LLC, NUMBER ONE PROSPECTING,
LLC d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND
L.P., DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
MATTHEW B. HERMAN, BRANDON
BOWSKY, GIRISH PANICKER, and
MATTHEW GOLDFUSS,

            Defendants.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

---

**DECLARATION OF JACK SUN IN SUPPORT OF**
**DEFENDANT BAIN CAPITAL INSURANCE FUND, LP'S MOTION TO DISMISS**

I, Jack Sun, being over the age of 21, hereby declare as follows:

1.      I am a Managing Director on the Insurance Solutions team at Bain Capital and serve

on the Board of Enhance Holdings LLC, the parent company of Enhance Health LLC ("Enhance").

I have personal knowledge of all of the following facts, or have confirmed the following facts with

others with personal knowledge, and, if called as a witness, could and would competently testify

thereto.

2. Bain Capital Insurance Fund, LP ("BCIF"), a defendant in this action, is a limited partnership organized under the laws of Delaware. BCIF was formed in 2021 and is a dedicated insurance-investment fund.

3. BCIF operates out of a principal office located at 200 Clarendon Street in Boston, Massachusetts. BCIF's corporate functions are carried out in its Boston office.

4. In addition to Enhance, another defendant in this litigation, BCIF has invested in six other portfolio companies. None of those companies operates an office or derives revenue principally from Florida.

5. BCIF is not incorporated in Florida.

6. At no time has BCIF:

    a. applied for or been granted a license to conduct business in the state of Florida;

    b. registered with the Florida Secretary of State to do business in the state;

    c. maintained a place of business, office, facility, agency, or any other physical operation in Florida;

    d. purchased, owned, or leased any real property in Florida;

    e. filed tax returns with the state of Florida;

    f. held a mortgage or other lien on any real property located in Florida;

    g. maintained a bank account, post office box, telephone number, or any other business facility in Florida; or

    h. maintained any books or records in Florida.

7. BCIF maintains no agent for service of process in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2024.

By: _____

Jack Sun