UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** came to be heard on October 16, 2024, for a Status Conference at which counsel for all parties appeared before the undersigned to address the following pending matters:

- Defendants' Expedited Joint Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss Amended Complaint [ECF No. 96] ("Motion to Stay Discovery");

- Defendants Number One Prospecting, LLC and Brandon Browsky's Motion to Quash Plaintiffs' Subpoena on Non-Party Monica Reed or, alternatively, Motion for Protective Order [ECF No. 81];

- Defendants Enhance Health LLC and Matthew B. Herman's Motion to Quash Plaintiffs' Subpoenas on Non-Parties Michael Cugini, Bain Capital Distributors, and Bain Capital Insurance Fund General Partner or, alternatively, Motion for Protective Order [ECF No. 91];

- Bain Capital Insurance Fund General Partner, LLC and Bain Capital Distributors, LLC's Motion to Quash Plaintiffs' Non-Party Subpoenas, or alternatively, Motion for Protective Order [ECF No. 110]; and

- Defendant TrueCoverage, LLC's Motion for Protective Order Regarding Material Produced by Paul Montgomery in Response to Third-Party Subpoena [ECF No. 120].

For the reasons stated on the record at the hearing, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Stay Discovery [**ECF No. 96**] is **GRANTED IN PART**. Discovery shall proceed as to the named Plaintiffs only as further discussed on the record. It is further

ORDERED AND ADJUDGED that the Motions to Quash/Motions for Protective Order [**ECF Nos. 81, 91, 110, and 120**] are **GRANTED without prejudice** to Plaintiffs reinstating the subpoena requests after a meet and confer with Defendants regarding the scope of discovery. The parties shall meet and confer no later than **ten (10) days** from the date of this Order. It is further

ORDERED that by **October 23, 2024**, Plaintiffs shall provide Defendants with a list of all the subpoenas that have been served to date and indicate the status of those supoenas (*i.e.*, whether any responses have been received). It is further

ORDERED that by **November 15, 2024**, the parties shall submit a Joint Status Report informing the Court of the results of their meet and confer and their plan for proceeding with discovery pursuant to the limitations set by the Court.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 17th day of October, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

2