**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | | |
|---|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated, | ) ) ) ) ) | **Civil Case No.: 24-cv-60591-MD** |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | |
| ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, MATTHEW B. HERMAN and BRANDON BOWSKY, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11.1(d)(3) and Florida Rules of Professional Conduct Rule 4-1.16(b), counsel Patrick P. O'Donnell of law firm HWG LLP ("HWG"), respectfully requests leave to withdraw as counsel for Defendants TrueCoverage, LLC, Benefitalign, LLC, Speridian Technologies, LLC, Girish Panicker, and Matthew Goldfuss ("Defendants"), individually and on behalf of all others similarly situated in this case.

Undersigned counsel is leaving HWG, necessitating his withdrawal. Defendants continue to be represented by HWG and by local counsel Devine Goodman & Rasco, LLP.

No prejudice will accrue to Plaintiffs or to any other party or to the Court's efficient administration of this matter if the relief sought herein is granted.

Defendants conferred with Plaintiffs' counsel regarding his intention to withdraw as counsel. Plaintiffs do not oppose this Motion.

WHEREFORE, Patrick P. O'Donnell respectfully requests that this Court grant him leave to withdraw as counsel in this matter and to remove his name and e-mail from electronic notification.

Dated October 25, 2024.

Respectfully Submitted,

DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel.:  (305) 374-8200
Email: grasco@devinegoodman.com

 /s/ Guy A. Rasco
Guy A. Rasco F.B.N.: 727520)

And of Counsel (appearing *pro hac vice*)

Amy E. Richardson
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601

Patrick P. O'Donnell
Walter E. Anderson
HWG LLP
1919 M. Street N.W., Suite 800
Washington, D.C. 20036

*Attorneys for Defendants TrueCoverage, LLC,*
*Benefitalign, LLC, Speridian Technologies, LLC,*
*Girish Panicker, and Matthew Goldfuss*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served on this 25th day of October 2024, via the CM/ECF Filing System, in a manner authorized by the Federal Rules of Civil Procedure to all counsel of record.

/s Guy A. Rasco
Guy A. Rasco

DEVINE  GOODMAN  & RASCO, LLP                    2800 PONCE DE LEON BOULEVARD, SUITE  1400, CORAL GABLES, FLORIDA 33134 P  305.374.8200 F  305.374.8208