UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
BENEFITALIGN, LLC,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

        Defendants.

_____/

**CLASS ACTION**

(Jury Trial Demanded)

## JOINT MOTION FOR PROTECTIVE ORDER TO GOVERN THE DISCLOSURE OF CONFIDENTIAL MATERIAL

The Parties, pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Evid. 502(d), jointly move for

entry of a Protective Order, in the form of the attached **Exhibit A**, to govern confidential material

in this action.  The Parties have conferred, and collectively agree that the action will potentially

involve the exchange of records that are confidential and/or contain private/sensitive

information, thereby necessitating the need for a confidentiality order.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

Dated October 31, 2024

By: /s/ *Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Olga Viera*
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
Samuel G. Williamson (FBN: 1033817)
Olga M. Vieira (FBN: 29783)
Laura N. Ferguson (FBN: 1047701)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 496-2988
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
lauraferguson@quinnemanuel.com

By: */s/Guy Rasco*
**DEVINE GOODMAN & RASCO, LLP**
Guy A. Rasco, Esq. (FBN.: 727520)
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel.: 305-374-8200
grasco@devinegoodman.com

**HWG, LLP**
Amy E. Richardson, Esq. *pro hac vice*
Primary: arichardson@hwglaw.com
Walter E. Anderson, Esq. *pro hac vice*
Primary: wanderson@hwglaw.com.
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Tel: (919) 504-9833

Respectfully submitted,

By: /s/ *Jason R. Doss*
**THE DOSS FIRM**
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road
Building 23, No. 100
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302

By: /s/ *Ryan H. Lehrer*
**TRIPP SCOTT, P.A**.
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Ryan Lehrer, Esq. (FBN: 084423)
Primary email: rhl@trippscott.com.
Secondary email: sxc@trippscott.com;
cab@trippscott.com;
eservice@trippscott.com
Seth J. Donahoe, Esq. (FBN: 1004133)
Primary email: sjd@trippscott.com;
Secondary email: sgc@trippscott.com
Jennifer H. Wahba, Esq. (FBN: 1010093)
Primary email: jmh@trippscott.com
Secondary email: jam@trippscott.com

By: */s/ Timothy Kolaya*
**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Timothy A. Kolaya, Esq. (FBN 056140)
tkolaya@sknlaw.com

CASE NO. 0:24-cv-60591-DAMIAN/Valle

By: */s/ Ariel Deitchman*
**KIRKLAND & ELLIS LLP**
Ariel Deitchman
Fla Bar No. 118163
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: +1 305 432 5600
Facsimile: + 1 305 432 5601
ariel.deitchman@kirkland.com

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz *pro hac vice*
Josh Greenblatt *pro hac vice*
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900
lefkowitz@kirkland.com
josh.greenblatt@kirkland.com

John M. Robinson *pro hac vice*
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
john.robinson@kirkland.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the forgoing document was served on October 31, 2024 via the Court's CM/ECF filing system to all recipients registered to receive notices of electronic filings generated by CM/ECF for this case.

By: */s/ Jason Kellogg*