# AFFIDAVIT OF SERVICE

**State of Florida**  **County of Southern District of Florida**  **District Court Court**

Case Number: 24-CV-60591-MD

Plaintiff: **CONSWALLO TURNER, et al.,**
vs.
Defendant: **ENHANCE HEALTH LLC, et al.**

For: Jason K. Kellogg, Esq.
LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP

Received by Action Legal Process & Investigative Group on the 5th day of September, 2024 at 3:24 pm to be served on **Bain Capital Insurance Fund, L.P.**, c/o Maples Fiduciary Services (Delaware) Inc., 4001 Kennett Pike, Suite 302, Wilmington, DE, 19807. I, _Javier Ignacio_, being duly sworn, depose and say that on the _9th_ day of _September_, 20_24_ at _2:35_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action and Amended Class Action Complaint with Exhibits** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving _Naisha Jakens_ as _Admin. Assistant_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: _____

Age _35_ Sex (M)(F) Race _black_ Height _5'9"_ Weight _150_ Hair _black_ Glasses (Y)(N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _9th_ day of _September 2024_ by the affiant who is personally known to me.

NOTARY PUBLIC

MARK C. TRIMBLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 28, 2026

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Action Legal Process & Investigative Group
11859 SW 248th Terrace
Miami, FL 33032
(305) 479-6386

Our Job Serial Number: 2024004499
Ref: 92871.002

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CONSWALLO TURNER, et al., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:24-cv-60591-MD |
| ENHANCE HEALTH LLC, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bain Capital Insurance Fund L.P.
c/o Maples Fiduciary Services (Delaware) Inc.
4001 Kennett Pike, Suite 302
Wilmington, DE  19807
302/338-9793

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Jason Kellogg, ESQ.
Florida Bar No. 578401
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  08/21/2024

Angela E. Noble
Clerk of Court

s/ *Nadhege Augustin*
Deputy Clerk
U.S. District Courts