UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, and MATTHEW GOLDFUSS,<br><br>Defendants. | CASE NO. 0:24-cv-60591-DAMIAN/Valle |

**DEFENDANT BAIN CAPITAL INSURANCE FUND L.P.'S
UNOPPOSED MOTION FOR INCREASE OF PAGE LIMIT**

Defendant Bain Capital Insurance Fund L.P. ("BCIF"), by and through undersigned counsel, respectfully requests that the Court grant BCIF a five-page increase of the page limit for its forthcoming reply in support of its motion to dismiss (making BCIF's limit fifteen rather than ten pages) to account for Plaintiffs' use of 1.5-spacing in its response brief. This is BCIF's first request for a page-limit increase and Plaintiffs do not oppose the request. In support of this motion, BCIF states as follows:

1. Prior to Defendants' filing of their motions to dismiss, counsel for Defendants made a phone call to this Court's chambers and was advised that, notwithstanding Local Rule 5.1(a)(4) (permitting typewritten documents to use 1.5-spacing), the Court requires filings to be double-spaced.

2. On October 16, 2024, BCIF filed its motion to dismiss Plaintiffs' amended complaint with prejudice. ECF No. 122. BCIF used double-spacing in its motion in accordance with the Court's instructions. *See id*. BCIF's co-defendants also used double-spacing in their joint motion. *See* ECF No. 100.

3. On November 6, 2024, Plaintiffs filed responses to both BCIF's motion to dismiss and BCIF's co-defendants' joint motion to dismiss. ECF Nos. 132–33. While Plaintiffs used double-spacing in their response to the joint motion, they used 1.5-spacing in response to BCIF's motion. *See id.* By using 1.5-spacing, and utilizing the entirety of their 15-page limit, Plaintiffs effectively responded to BCIF's 15-page double-spaced motion with approximately 20 double-spaced pages of argument.

4. To ensure BCIF is afforded sufficient space to reply to Plaintiffs' arguments, BCIF respectfully requests a five-page increase of its page limit for its forthcoming reply brief, which would bring BCIF's page limit up from ten to fifteen pages. *See* Local Rule 7.1(c)(2). BCIF will use double-spacing in its reply brief.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for BCIF conferred with Plaintiffs' counsel before filing this motion and confirmed that Plaintiffs do not oppose BCIF's request for a five-page increase of the page limit.

Dated: November 8, 2024               Kirkland & Ellis LLP

*/s/ Ariel Deitchman*
Ariel Deitchman
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: +1 305 432 5600
Facsimile: + 1 305 432 5601

Jay P. Lefkowitz, P.C. *pro hac vice*
Josh Greenblatt, P.C. *pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
United States
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

John M. Robinson *pro hac vice*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
United States
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

*Attorneys for Defendant Bain Capital Insurance Fund L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ECF on November 8, 2024 on all counsel or parties of record.

/s/ *Ariel Deitchman*

Ariel Deitchman