UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, and MATTHEW GOLDFUSS,

Defendants.

Case No.: 0:24-cv-60591-MD

## JOINT STATUS REPORT ON DISCOVERY

All Plaintiffs and all Defendants[1], by and through their respective undersigned counsel, file this Joint Status Report on Discovery in accordance with the Court's October 18, 2024 Omnibus Order Following Status Conference ("Omnibus Order") (D.E. 123).

On October 16, 2024, the parties attended a status conference before the Court to discuss then-pending discovery matters, including Defendants' Motion to Stay Discovery. *See* (D.E. 96, 103, 121). After the status conference, the Court entered the Omnibus Order, ruling that "[d]iscovery shall proceed as to the named Plaintiffs only as further discussed on the record." (D.E.

---

[1] A bankruptcy stay is in effect as to Defendant Digital Media Solutions, LLC.

07111-00015/15393425.3

123, at 2). The Court also ordered the parties to confer on the scope of non-party subpoenas issued by Plaintiffs and to file this Report "informing the Court of the results of their meet and confer and their plan for proceeding with discovery pursuant to the limitations set by the Court." *Id.*

After the status conference, the parties conferred on Plaintiffs' outstanding discovery requests, the non-party subpoenas that Plaintiffs issued, and the scope of discovery as to the named Plaintiffs only (as opposed to additional putative class-member plaintiffs). A summary of the result of those conferrals is set forth below.

The Parties agree that Plaintiffs may propound discovery on Defendants and third parties relating to Plaintiffs as directed in the Court's Order. Plaintiffs agree to serve initial written discovery by December 16, 2024.

The Parties agree that Plaintiffs' subpoena to Esotech, Inc. d/b/a TLDCRM ("Total Leads Domination") remains in effect and that Plaintiffs may obtain documents and/or information from Total Leads Domination responsive to that subpoena.

In response to Plaintiffs' First Set of Requests for Production, as modified by the Court's Omnibus Order, directed at TrueCoverage and Enhance Health, TrueCoverage and Enhance Health each agrees to produce by December 16, 2024, preservation letters sent to Downlines on or about the commencement of this litigation and a list of Downlines.

As between Plaintiffs and Defendants TrueCoverage, LLC; Benefitalign, LLC; Speridian Technologies, LLC; Girish Panicker; and Matthew Goldfuss (collectively, "TrueCoverage Defendants"), Plaintiffs provided the TrueCoverage Defendants with documents produced by third party Paul Montgomery. Plaintiffs have agreed to hold and not review those documents until the Plaintiffs and True Coverage Defendants can agree to narrowed discovery requests or until an Order from the Court is issued should the Parties re-litigate the issues raised in the motion to quash,

which was granted without prejudice. TrueCoverage agrees to run Plaintiffs' names and related phone numbers against the documents produced by Paul Montgomery in response to Plaintiffs' subpoena, and to produce any documents referencing Plaintiffs by December 16, 2024.

As between Plaintiffs and Defendants Number One Prospecting, LLC d/b/a Minerva Marketing and Brandon Bowsky (collectively, "Minerva Defendants"), Plaintiffs provided the Minerva Defendants with copies of all documents that they received from non-party Monica Reed under the subpoena Plaintiffs issued to her. Plaintiffs also produced to the Minerva Defendants copies of all documents they received from non-party Prince Health Group LLC ("Prince Health"). Plaintiffs concede that, given the Court's Order narrowing discovery consistent with its ruling on October 16, 2024, the documents received by Plaintiffs from Ms. Reed and Prince Health do not fall within the confines of the discovery permitted at this stage. Because the subpoena to Monica Reed was quashed (without prejudice), and because the documents from Monica Reed and Prince Health fall outside the current scope of discovery, the Minerva Defendants contend that Plaintiffs' counsel must destroy the records. Plaintiffs contend that, as with the Paul Montgomery documents, the documents need not be destroyed given Plaintiffs' agreement to hold and not review those documents until the Plaintiffs and Minerva Defendants can agree to narrowed discovery requests, or until a subsequent Order from the Court is issued should the Parties re-litigate the issues raised in the motion to quash, which was granted without prejudice.

Additionally as between Plaintiffs and Defendants Enhance Health LLC and Matthew B. Herman (collectively, "Enhance Defendants"), Plaintiffs provided the Enhance Defendants with a list of all subpoenas served on non-parties on October 23, 2024. Plaintiffs' counsel confirmed that they were withdrawing, subject to amendment and possible reissuance, the non-party subpoena issued to Homebase Insurance Group, LLC based on the Court's Omnibus Order. (D.E. 123.)

At this time, Plaintiffs and Defendants do not anticipate any forthcoming discovery motions based on discovery that has been exchanged to date.

| | |
|---|---|
| Dated November 15, 2024 | Respectfully submitted, |

By: /s/ *Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: service@lklsg.com
Peter J. Sitaras
Florida Bar No. 1039141
Primary email: pjs@lklsg.com
Secondary email: acd@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789


By: /s/ *Olga Viera*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Samuel G. Williamson (FBN: 1033817)
Olga M. Vieira (FBN: 29783)
Laura N. Ferguson (FBN: 1047701)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 496-2988
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
lauraferguson@quinnemanuel.com

*Attorneys for Enhance Health LLC, and Matthew B. Herman*

By: /s/ *Jason R. Doss*
**THE DOSS FIRM**
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302


By: /s/ *Ryan H. Lehrer*
**TRIPP SCOTT, P.A**.
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Ryan Lehrer, Esq. (FBN: 084423)
Primary email: rhl@trippscott.com.
Secondary email: sxc@trippscott.com; cab@trippscott.com;
eservice@trippscott.com
Seth J. Donahoe, Esq. (FBN: 1004133)
Primary email: sjd@trippscott.com;
Secondary email: sgc@trippscott.com
Jennifer H. Wahba, Esq. (FBN: 1010093)
Primary email: jmh@trippscott.com
Secondary email: jam@trippscott.com

*Attorneys for Defendants Number One Prospecting, LLC d/b/a Minerva Marketing, and Brandon Bowsky*

By: /s/ *Timothy Kolaya*
**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Timothy A. Kolaya, Esq. (FBN 056140)
tkolaya@sknlaw.com

Case No.: 0:24-cv-60591-MD

| | |
|---|---|
| By: */s/Guy Rasco* <br> **DEVINE GOODMAN & RASCO, LLP** <br> Guy A. Rasco, Esq. (FBN.: 727520) <br> 2800 Ponce de Leon Blvd., Suite 1400 <br> Coral Gables, FL 33134 <br> Tel.: 305-374-8200 <br> grasco@devinegoodman.com <br><br> **HWG, LLP** <br> Amy E. Richardson, Esq. *pro hac vice* <br> Primary: arichardson@hwglaw.com <br> Walter E. Anderson, Esq. *pro hac vice* <br> Primary: wanderson@hwglaw.com. <br> 333 Fayetteville Street, Suite 1500 <br> Raleigh, NC 27601 <br> Tel: (919) 504-9833 <br><br> *Attorneys for Defendants TrueCoverage, LLC, Benefitalign, LLC, Speridian Technologies, LLC, Girish Panicker, and Matthew Goldfuss* | *Attorneys for Net Health Affiliates, Inc.* <br><br> By: */s/ Ariel Deitchman* <br> **KIRKLAND & ELLIS LLP** <br> Ariel Deitchman <br> Fla Bar No. 118163 <br> Three Brickell City Centre <br> 98 S.E. 7th Street, Suite 700 <br> Miami, FL 33131 <br> Telephone: +1 305 432 5600 <br> Facsimile: + 1 305 432 5601 <br> ariel.deitchman@kirkland.com <br><br> **KIRKLAND & ELLIS LLP** <br> Jay P. Lefkowitz *pro hac vice* <br> Josh Greenblatt *pro hac vice* <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Telephone: +1 212 446 4800 <br> Facsimile: +1 212 446 4900 <br> lefkowitz@kirkland.com <br> josh.greenblatt@kirkland.com <br><br> **KIRKLAND & ELLIS LLP** <br> John M. Robinson *pro hac vice* <br> 333 West Wolf Point Plaza <br> Chicago, IL 60654 <br> Telephone: +1 312 862 2000 <br> Facsimile: +1 312 862 2200 <br> john.robinson@kirkland.com <br><br> *Attorneys for Defendant Bain Capital Insurance Fund L.P.* |