UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,
v.

**ENHANCE HEALTH LLC,** *et al.*,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## TO STAY SCHEDULING ORDER DEADLINES [ECF NO. 146]

**THIS CAUSE** is before the Court on the parties' Joint Motion to Stay Scheduling Order Deadlines or, in the alternative, to Extend Deadlines [ECF No. 146] ("Joint Motion"), filed January 28, 2025.

THE COURT has reviewed the Joint Motion and the pertinent portions of the record and is otherwise fully advised. For the reasons that follow, the Joint Motion is granted.

The parties request a stay of the deadlines set forth in this Court's *Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge* [ECF No. 143] (the "Scheduling Order"), entered on December 20, 2024, pending the mediation conference scheduled for April 9, 2025. The parties indicate that a stay of all deadlines would allow the parties to focus their time, energy, and expenses on preparing for mediation and would also promote judicial economy should mediation prove successful. In the event the parties reach an impasse at mediation, the parties request an extension of the deadlines in the Scheduling Order with each deadline based on and following the Court's order on the pending motions to dismiss.

"The District Court has broad discretion to stay proceedings as incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *see also Johnson v. Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling." (alteration added; citations omitted)).

In light of the nature of the instant action, the Court agrees that a stay will promote efficiency and avoid the potential waste of resources. Therefore, this Court exercises its broad discretion to temporarily stay the case pending the outcome of the scheduled mediation. Accordingly, for the reasons set forth above, it is

**ORDERED AND ADJUDGED** that the Joint Motion to Stay Scheduling Order Deadlines **[ECF No. 146]** is **GRANTED.** It is further

**ORDERED** that, with the exception of deadlines associated with the mediation of this case, all other deadlines in this case are temporarily **STAYED** pending the outcome of the parties' mediation. The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for administrative and statistical purposes only.

The Court nonetheless retains jurisdiction to address any pending motions or matters raised by the parties. The Court notes that it views the Motion to Stay as including a request that the Court stay a ruling on the Motions to Dismiss [ECF Nos. 100 and 122] until after mediation. If that is not the case, the parties shall notify the Court.

This case shall be restored to the active docket upon further order of this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of February, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**