UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN/Valle

**CONSWALLO TURNER,** *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH, LLC,** *et al.*,

    Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW AS COUNSEL [ECF NO. 149]

**THIS CAUSE** is before the Court upon Peter Sitaras's Unopposed Motion to Withdraw as Counsel for Plaintiffs [ECF No. 149] ("Motion"), filed March 14, 2025.

THE COURT having reviewed the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 149] is **GRANTED**. Peter Sitaras is relieved of any and all further duties and responsibilities as counsel of record for Plaintiffs in this matter. The law firms Levine Kellogg Lehman Schneider + Grossman LLP and The Doss Firm, LLC remain as counsel of record and will continue to represent Plaintiffs in this matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of March, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record