UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60591-MD

| | |
|---|---|
| CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ENHANCE HEALTH, LLC, TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN, LLC, NUMBER ONE PROSPECTING, LLC d/b/a MINERVA MARKETING, BAIN CAPITAL INSURANCE FUND L.P., DIGITAL MEDIA SOLUTIONS LLC, NET HEALTH AFFILIATES, INC., MATTHEW B. HERMAN, BRANDON BOWSKY, GIRISH PANICKER, AND MATTHEW GOLDFUSS.<br><br>　　　　　　Defendants. | |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST SETTLING DEFENDANTS**

Plaintiffs, CONSWALLO TURNER, TIESHA FOREMAN, ANGELINA WELLS, PAULA LANGLEY, VERONICA KING, NAVAQUOTE, LLC and WINN INSURANCE AGENCY, LLC (collectively, "Plaintiffs") and Defendants ENHANCE HEALTH, LLC, BAIN CAPITAL INSURANCE FUND L.P., NET HEALTH AFFILIATES, INC., and MATTHEW B. HERMAN (collectively, the "Settling Defendants"), by and through their respective undersigned counsel and pursuant to Local Rule 16.4, notify the Court that Plaintiffs and the Settling Defendants have reached a settlement of the Plaintiffs' claims against the Settling Defendants.

Case No.: 0:24-cv-60591-MD

The Plaintiffs and the Settling Defendants will file a stipulation of dismissal without prejudice of the Plaintiffs' claims against the Settling Defendants upon satisfaction of certain conditions of the settlement. The Plaintiffs and Settling Defendants anticipate filing the stipulation of dismissal within thirty (30) days from the date of this notice.

Dated:  April 11, 2025

By: */s/ Olga M. Vieira*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Samuel G. Williamson (FBN: 1033817)
Olga M. Vieira  (FBN: 29783)
Laura N. Ferguson  (FBN: 1047701)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 496-2988
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
lauraferguson@quinnemanuel.com

*Attorneys for Enhance Health LLC, and Matthew B. Heman*

By: */s/ Timothy A. Kolaya*
STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400

Timothy A. Kolaya, Esq. (FBN 056140)
tkolaya@sknlaw.com

*Attorneys for Net Health Affiliates, Inc.*

By: */s/ Ariel Deitchman*
KIRKLAND & ELLIS LLP
Ariel Deitchman
Fla Bar No. 118163
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: +1 305 432 5600
Facsimile: + 1 305 432 5601
ariel.deitchman@kirkland.com

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz *pro hac vice*
Josh Greenblatt *pro hac vice*
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900
lefkowitz@kirkland.com
josh.greenblatt@kirkland.com

KIRKLAND & ELLIS LLP
John M. Robinson *pro hac vice*
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
john.robinson@kirkland.com

*Attorneys for Defendant Bain Capital Insurance Fund L.P.*

Case No.: 0:24-cv-60591-MD

By: /s/*Jason Kellogg*
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: rm@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Jason R. Doss*
THE DOSS FIRM, LLC
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302

*Attorneys for Plaintiffs*