UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS BRANDON BOWSKY AND NUMBER ONE PROSPECTING, LLC

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Voluntary Dismissal With Prejudice As To Defendants Brandon Bowsky and Number One Prospecting, LLC d/b/a Minerva Marketing [ECF No. 152], filed on April 11, 2025. The Court notes Defendants Brandon Bowsky and Number One Prospecting, LLC d/b/a Minerva Marketing have not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that Defendants Brandon Bowsky and Number One Prospecting, LLC d/b/a Minerva Marketing are **DISMISSED WITH PREJUDICE** in accordance with Plaintiffs' Notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of April, 2025.

                                                           **MELISSA DAMIAN**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record