UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING JOINT STATUS REPORT

**THIS CAUSE** is before the Court on the Joint Notice of Settlement of Claims Against Settling Defendants [ECF No. 151] ("Joint Notice"), filed by Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Paula Langley, Veronica King, Navaquote, LLC, and Winn Insurance Agency, LLC (collectively, "Plaintiffs"), and Defendants Enhance Health, LLC, Bain Capital Insurance Fund L.P., Net Health Affiliates, Inc., and Matthew B. Herman (collectively, the "Settling Defendants"), on April 11, 2025, and on a *sua sponte* review of the record.

THE COURT has reviewed the Joint Notice and the record and is otherwise fully advised.

This RICO Class Action was filed in April 2024. [ECF No. 1]. Since that time, the parties have engaged in discovery and motion practice. On February 7, 2025, this Court granted the parties' Joint Motion to Stay in light of the parties' scheduled mediation. [ECF Nos. 145, 147].

In the Joint Notice, the parties indicate that Plaintiffs and the Settling Defendants have reached a settlement of Plaintiffs' claims against the Settling Defendants. [ECF No. 151]. The

Court notes that Plaintiffs voluntarily dismissed their claims against Defendants Brandon Bowsky and Number One Prospecting, LLC d/b/a Minerva Marketing. *See* ECF No. 152. Therefore, Plaintiffs' claims against Defendants TrueCoverage, LLC, Speridian Technologies, LLC, Benefitalign, LLC, Girish Panicker, and Matthew Goldfuss remain pending.[1] Accordingly, it is

**ORDERED** that the parties shall file a Joint Status Report by **May 1, 2025**, indicating the status of the claims as to the remaining Defendants and indicating the parties' positions on whether the stay should be lifted and the case returned to the active docket.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24th day of April, 2025.

                                                   **MELISSA DAMIAN**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record

---

[1] Defendant Digital Media Solutions LLC filed a Suggestion of Bankruptcy on September 27, 2024. *See* ECF No. 94.