CASE NO. 0:24-cv-60591-DAMIAN/Valle

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

        Defendants.
_____/

**CLASS ACTION**

(Jury Trial Demanded)

# JOINT STATUS REPORT

Pursuant to the Court's Order Requiring Joint Status Report (the "Order") [ECF No. 154], Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, Navaquote, LLC, and Winn Insurance Agency, LLC (collectively, "Plaintiffs"), Defendants TrueCoverage, LLC, Speridian Technologies, LLC, Benefitalign LLC, Girish Panicker and Matthew Goldfuss (collectively the "TrueCoverage Parties"), and Defendants Enhance Health

1

CASE NO. 0:24-cv-60591-DAMIAN/Valle

LLC, Bain Capital Insurance Fund L.P., Net Health Affiliates, Inc. and Matthew Herman (collectively, the "Enhance Parties"),[1] respectfully submit this Joint Status Report, and state:

Plaintiffs have settled with the Enhance Health Parties and expect to be in a position to file a formal voluntary dismissal shortly.

Plaintiffs and the TrueCoverage Parties anticipate that Plaintiffs will be filing an unopposed motion for leave to bring a Second Amended Complaint that streamlines the lawsuit and focuses on the remaining defendants. In the meantime, Plaintiffs and the TrueCoverage Parties continue to work diligently toward a resolution of this matter. The Plaintiffs and the TrueCoverage Parties expect that continued efforts may soon be successful. Because Plaintiffs and the TrueCoverage Parties are focused on resolution of the matter, they respectfully submit that lifting the current stay (other than to grant the motion for leave) would not be in the interests of judicial economy. However, the Parties respectfully request that the Court grant Plaintiffs' forthcoming unopposed motion for leave to bring a Second Amended Complaint as soon as possible because it will help facilitate settlement discussions.

---

[1] Defendant Digital Media Solutions Inc. d/b/a Protect Health filed for bankruptcy shortly after the Amended Complaint was filed. *See In re Digital Media Solutions, Inc.*, No. 24-90468 (ARP) (S.D. Tex.). An automatic stay is in place.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

Respectfully submitted,

By: /s/ *Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: service@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789


By: /s/ *Olga Viera*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Samuel G. Williamson (FBN: 1033817)
Olga M. Vieira (FBN: 29783)
Laura N. Ferguson (FBN: 1047701)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 496-2988
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
lauraferguson@quinnemanuel.com

*Attorneys for Enhance Health LLC, and Matthew B. Herman*

By: /s/*Guy Rasco*
**DEVINE GOODMAN & RASCO, LLP**
Guy A. Rasco, Esq. (FBN.: 727520)
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel.: 305-374-8200
grasco@devinegoodman.com

By: /s/ *Jason R. Doss*
**THE DOSS FIRM**
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302


By: /s/ *Timothy Kolaya*
**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Timothy A. Kolaya, Esq. (FBN 056140)
tkolaya@sknlaw.com

*Attorneys for Net Health Affiliates, Inc.*


By: /s/ *Ariel Deitchman*
**KIRKLAND & ELLIS LLP**
Ariel Deitchman
Fla Bar No. 118163
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: +1 305 432 5600
Facsimile: + 1 305 432 5601
ariel.deitchman@kirkland.com

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz *pro hac vice*
Josh Greenblatt *pro hac vice*
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900
lefkowitz@kirkland.com
josh.greenblatt@kirkland.com

3

CASE NO. 0:24-cv-60591-DAMIAN/Valle

| | |
|---|---|
| **HWG, LLP**<br>Amy E. Richardson, Esq. *pro hac vice*<br>Primary: arichardson@hwglaw.com<br>Walter E. Anderson, Esq. *pro hac vice*<br>Primary: wanderson@hwglaw.com.<br>333 Fayetteville Street, Suite 1500<br>Raleigh, NC 27601<br>Tel: (919) 504-9833<br><br>*Attorneys for Defendants TrueCoverage, LLC, Benefitalign, LLC, Speridian Technologies, LLC, Girish Panicker, and Matthew Goldfuss* | **KIRKLAND & ELLIS LLP**<br>John M. Robinson *pro hac vice*<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: +1 312 862 2000<br>Facsimile: +1 312 862 2200<br>john.robinson@kirkland.com<br><br>*Attorneys for Defendant Bain Capital Insurance Fund L.P.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the forgoing document was served on May 1, 2025, via the Court's CM/ECF filing system to all recipients registered to receive notices of electronic filings generated by CM/ECF for this case.

By: */s/ Jason Kellogg*