UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

        Defendants.
_____/

**CLASS ACTION**

**(Jury Trial Demanded)**

**STIPULATION OF DISMISSAL OF DEFENDANTS ENHANCE HEALTH LLC,
BAIN CAPITAL INSURANCE FUND L.P., NET HEALTH AFFILIATES, INC.
AND MATTHEW B. HERMAN**

Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, NavaQuote, LLC and WINN Insurance Agency LLC, together with Defendants Enhance Health LLC, Bain Capital Insurance Fund L.P., Net Health Affiliates, Inc. and Matthew B. Herman (collectively with Plaintiffs, the "Parties"), in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal without prejudice and state that the Parties have resolved the claims

CASE NO. 0:24-cv-60591-DAMIAN/Valle

and defenses asserted in this lawsuit and entered into a Settlement Agreement. The Parties have agreed to bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter the attached Order dismissing without prejudice all claims and defenses asserted in this lawsuit, with all Parties bearing their own attorneys' fees and costs.

Dated: May 8, 2025

Respectfully submitted,

Respectfully submitted,

By: /s/ *Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: service@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Olga Viera*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Samuel G. Williamson (FBN: 1033817)
Olga M. Vieira (FBN: 29783)
Laura N. Ferguson (FBN: 1047701)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 496-2988
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
lauraferguson@quinnemanuel.com

*Attorneys for Enhance Health LLC, and Matthew B. Herman*

By: /s/ *Jason R. Doss*
**THE DOSS FIRM**
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302

By: */s/ Timothy Kolaya*
**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: (305) 614-1400
Timothy A. Kolaya, Esq. (FBN 056140)
tkolaya@sknlaw.com

*Attorneys for Net Health Affiliates, Inc.*

By: */s/ Ariel Deitchman*
**KIRKLAND & ELLIS LLP**
Ariel Deitchman
Fla Bar No. 118163
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: +1 305 432 5600
Facsimile: + 1 305 432 5601
ariel.deitchman@kirkland.com

CASE NO. 0:24-cv-60591-DAMIAN/Valle

By: */s/Guy Rasco*
**DEVINE GOODMAN & RASCO, LLP**
Guy A. Rasco, Esq. (FBN.: 727520)
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel.: 305-374-8200
grasco@devinegoodman.com

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz *pro hac vice*
Josh Greenblatt *pro hac vice*
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900
lefkowitz@kirkland.com
josh.greenblatt@kirkland.com

**KIRKLAND & ELLIS LLP**
John M. Robinson *pro hac vice*
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
john.robinson@kirkland.com

*Attorneys for Defendant Bain Capital Insurance Fund L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2025, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record.

/s/ *Jason Kellogg*
Jason Kellogg