UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT DIGITAL MEDIA SOLUTIONS LLC

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendant Digital Media Solutions LLC d/b/a Protect Health [ECF No. 156], filed May 5, 2025. The Court notes Defendant Digital Media Solutions LLC has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that Defendant Digital Media Solutions LLC d/b/a Protect Health is **DISMISSED WITHOUT PREJUDICE** in accordance with Plaintiffs' Notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of May, 2025.

                                                                                          _____
                                                                                          **MELISSA DAMIAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record