UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER**, *et al.*,

    Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

    Defendants.

_____/

### ORDER ON STIPULATION OF DISMISSAL OF DEFENDANTS ENHANCE HEALTH LLC, BAIN CAPITAL INSURANCE FUND L.P., NET HEALTH AFFILIATES, INC., AND MATTHEW B. HERMAN

**THIS CAUSE** is before the Court upon the Stipulation of Dismissal, filed by Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, NavaQuote, LLC and WINN Insurance Agency LLC, and Defendants Enhance Health LLC, Bain Capital Insurance Fund L.P., Net Health Affiliates, Inc. and Matthew B. Herman ("Defendants," and collectively with Plaintiffs, the "Parties"), [ECF No. 157] ("Stipulation"), filed on May 8, 2025. The Court notes that these Defendants have not yet filed an answer or a motion for summary judgment.

THE COURT having considered the Stipulation and being otherwise fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that the Parties' claims and defenses are hereby **DISMISSED WITHOUT PREJUDICE**, with the Parties to bear their own attorneys' fees and costs.

Plaintiffs' claims against Defendants TrueCoverage, LLC, Speridian Technologies, LLC, Benefitalign LLC, Girish Panicker, and Matthew Goldfuss remain pending.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**