UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

(Jury Trial Demanded)

Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, NavaQuote, LLC ("NavaQuote") and WINN Insurance Agency LLC ("WINN"), move without opposition for leave to file a Second Amended Complaint, and state:

### INTRODUCTION

After a mediation before Hon. Michael A. Hanzman on April 9, 2025, Plaintiffs have dismissed all but the following Defendants: TrueCoverage, LLC, Speridian Technologies LLC,

BenefitAlign LLC, Girish Panicker and Matthew Goldfuss (the "TrueCoverage Defendants"). In an attempt to narrow the remaining issues, Plaintiffs now seek to file a Second Amended Complaint that streamlines their allegations and claims to include only those directed at the TrueCoverage Defendants. The TrueCoverage Defendants do not oppose, and once this Motion for Leave is granted, Plaintiffs and the TrueCoverage Defendants anticipate resolving the amended claims, as the parties continue to negotiate following the April 9 mediation session.

## ARGUMENT

"Under Federal Rule of Civil Procedure 15(a), leave to amend a complaint "shall be freely given when justice so requires." *Cadeau v. Senior Health-Treasure Isle, LLC*, No. 14-24285-CIV-ALTONAGA, 2015 WL 12712756, at *1 (S.D. Fla. Jan. 28, 2015) (citing *Espey v. Wainwright*, 734 F.2d 748, 750 (11th Cir. 1984) (citations omitted)). The U.S. Supreme Court has directed that leave to amend should be denied only in cases marked by undue delay, bad faith or dilatory motive, futility of amendment, or undue prejudice to the opposing party. *See id.* (citing *Foman v. Davis,* 371 U.S. 178, 182 (1962)).

Plaintiffs ask this Court to allow Plaintiffs to file the Second Amended Complaint attached as **Exhibit A**, which streamlines Plaintiffs' allegations and claims by focusing only on the TrueCoverage Defendants. Plaintiffs believe that the amendment will help the parties and the Court focus on the remaining issues, which have been narrowed in the wake of the recent mediation. The TrueCoverage Defendants do not oppose the requested relief, and agree with Plaintiffs that granting leave to amend will help facilitate further settlement discussions by framing the remaining issues relating to the TrueCoverage Defendants. Notably, the amendment will also moot the pending motions to dismiss leveled at the First Amended Complaint.

CASE NO. 0:24-cv-60591-DAMIAN/Valle

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court grant leave to file the Second Amended Complaint attached as **Exhibit A**, and to deem that Second Amended Complaint served as the date of the order granting leave, with Defendant to respond within 20 days of that order.

Dated: May 20, 2025                                                          Respectfully submitted,

By: /s/ *Jason K. Kellogg*                              By: /s/ *Jason R. Doss*
Jason K. Kellogg, P.A.                                   Jason R. Doss
Florida Bar No. 0578401                                  Florida Bar No. 0569496
Primary email: jk@lklsg.com                              Primary email: jasondoss@dossfirm.com
Secondary email: ame@lklsg.com                           1827 Powers Ferry Road Southeast
Victoria J. Wilson                                       Atlanta, Georgia 30339
Florida Bar No. 92157                                    Telephone: (770) 578-1314
Primary email: vjw@lklsg.com                             Facsimile: (770) 578-1302
Secondary email: service@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiffs conferred with counsel for the TrueCoverage Defendants about the issues described in this Motion, and was advised that the TrueCoverage Defendants do not oppose.

                                                        */s/Jason Kellogg*
                                                        Jason Kellogg, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2025, a true and correct copy of the foregoing was filed via CM/ECF and served upon parties registered with CM/ECF in this case.

                                                        By: */s/ Jason Kellogg*