UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER,** *et al.***,**

    Plaintiffs,

v.

**ENHANCE HEALTH LLC,** *et al.***,**

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [ECF NO. 160]

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint [ECF No. 160] ("Motion"), filed May 20, 2025.

THE COURT having reviewed the Motion, the pertinent portions of the record, and being otherwise fully advised, and noting the Motion is unopposed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion **[ECF No. 160]** is **GRANTED**.

2. Plaintiffs shall separately file and serve the Second Amended Class Action Complaint on the remaining Defendants, TrueCoverage LLC, Speridian Technologies, LLC, Benefitalign, LLC, Girish Panicker, and Matthew Goldfuss (collectively, the "Remaining Defendants").

3. The Remaining Defendants shall file a response to the Second Amended Class Action Complaint within twenty-one (21) days of the filing of the amended pleading.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record