# Exhibit 1

Paula and Lee Langley



| | |
|---|---|
| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan $0 deductible, $0 PCP copay) - HMO |
| Status | Terminated |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2023 |
| Expiration | 3/31/2023 |
| Carrier | Scott and White Health Plan |
| Agent of Record | matt mungia (NPN: 8682296) |

MUNGIA, MATTHEW RYAN 111 DOVETAIL ST BOERNE, TX, 780062730

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 4/1/2023 |
| Expiration | 12/31/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | Frederick Bock (NPN: 9393745) |

BOCK, FREDERICK STEPHEN 4781 S CITATION DR DELRAY BEACH, FL, 334456522
FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Terminated |
| Member | Lee Langley |
| Effective | 4/1/2023 |
| Expiration | 4/30/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⓘ Paola Fritz (NPN: 18205745) |

FRITZ, PAOLA, 3215 NW 10TH TER STE 211, FORT LAUDERDALE, FL, 333095938

**United Healthcare** — GOLD
UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO

$0.00 Premium (Was $1,681.91) | $0 Deductible | $9,100 OOP max

View full plan details | View summary of benefits

For questions about ID cards, please contact the carrier directly.

| | |
|---|---|
| Status | Terminated |
| Effective | 5/1/2023 |
| Expiration | 5/31/2023 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | [redacted] |
| FFM ID | [redacted] |
| Carrier phone | 1(844) 390-4522 |
| Payment phone | (855) 882-1271 |
| Agent of Record | ⓘ FREDERICK BOCK (NPN: 9393745) |

BOCK, FREDERICK STEPHEN, 4781 S CITATION DR DELRAY BEACH, FL 334456522
FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | CMS Standard Gold VALUE - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 6/1/2023 |
| Expiration | 7/31/2023 |
| Carrier | Ambetter from Superior Health Plan |
| Agent of Record | ⓘ Frederick Bock (NPN: 9393745) |

BOCK, FREDERICK STEPHEN, 4781 S CITATION DR DELRAY BEACH, FL 334456522 FRED@ACAHELPLINE.COM

**Frederick Bock is an agent with ACA Helpline LLC, which is a downline agency of TrueCoverage.**

| | |
|---|---|
| Plan Name | UHC Gold Standard $0 Deductible ($3 T1 Preferred Rx) - HMO |
| Status | Terminated |
| Member | Lee Langley |
| Effective | 6/1/2023 |
| Expiration | 6/30/2023 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⓘ Jordan Freeborn (NPN: 20595433) |

FREEBORN, JORDAN VANCE, 220 HILLSBORO TECHNOLOGY DR STE 240, DEERFIELD BEACH, FL, 334411845 JFREEBORN@BLACKSQUAREFINANCIAL.COM



**McCarteney Wood Pierre-Louis is an agent with Enhance Health**

PIERRE-LOUIS, MCCARTENEY WOOD, 1550 SAWGRASS CORPORATE PKWY, SUNRISE, FL, 333232818 MPIERRE-LOUIS@ENHANCEIFPLANS.COM



POLLOCK, COLEMAN ANDREW, 140 CYPRESS STATION DR STE 230, HOUSTON, TX, 770901633 ADMIN@ADVANTAGEHEALTH.CO



MUNGIA, MATTHEW RYAN, 111 DOVETAIL ST, BOERNE, TX, 780062730



HONGACH, DAVID, 467 NE 1ST AVE, DEERFIELD BEACH, FL, 334412004



**Christian Crevoisier is an agent with Ensure Health Group, which is a downline agency of TrueCoverage**

CREVOISIER, CRISTHIAN DALAI, 1000 N.W. 65TH STREET SUITE 110, FORT LAUDERDALE, FL, 33309 CCREVOISIER@EHGCORP.COM



POLLOCK, COLEMAN ANDREW, 140 CYPRESS STATION DR STE 230, HOUSTON, TX, 770901633 ADMIN@ADVANTAGEHEALTH.CO

**BlueCross BlueShield of Texas** — BRONZE

Blue Advantage Plus Bronze℠ 305 - POS

| $0.00 Premium Was $1,729.59 | $6,100 Deductible | $9,450 OOP max |

View full plan details | View summary of benefits

For questions about ID cards, please contact the carrier directly.

| | |
|---|---|
| Status | Cancelled |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | [redacted] |
| FFM ID | |
| Carrier phone | 1(888) 697-0683 |
| Payment phone | (888) 697-0683 |
| Agent of Record | Matthew Ginberg (NPN: 19573961) |

**Matthew Ginberg is an agent with No Cost ACA, LLC d/b/a NCA Insurance Group's ("NCA Insurance"). NCA Insurance is a downline agency of TrueCoverage.**

GINBERG, MATTHEW ERIC, 951 BROKEN SOUND PKWY NW STE 108, BOCA RATON, FL, 334873531

| | |
|---|---|
| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan with $0 Pediatric PCP copay) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Scott and White Health Plan |
| Agent of Record | Anthony Walters (NPN: 18767434) |

WALTERS, ANTHONY,
14902 PRESTON RD STE 404-325, DALLAS, TX, 752549191

TWALTERS@LONESTARSENIORINSURANCE.COM

| Plan Name | Bronze Elite + PCP Saver Plus - EPO |
|---|---|
| Status | Cancelled |
| Member | paula langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Oscar |
| Agent of Record | ⓘ Gabriel Pasztor (NPN: 19664585) |

PASZTOR, GABRIEL, 3215 NW 10TH TER STE 211 OAKLAND PARK, FL, 333095938
GPASZTOR@MYHEALTHADVISERS.COM

| Plan Name | UHC Gold Standard $0 Indiv Ded ($0 Virtual Urgent Care + $0 PCP Visits, $3 Tier 2 Rx, $0 Insulin) - HMO |
|---|---|
| Status | Cancelled |
| Member | paula langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⓘ Margot Mungia (NPN: 20130031) |

MUNGIA, MARGOT LEYVA, 111 DOVETAIL ST, BOERNE, TX, 78006

| Plan Name | UHC Bronze Virtual First (Unlimited $0 App-based Care, $3 Tier 2 Rx, $0 Insulin) (Disponible en espanol) - HMO |
|---|---|
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 1/1/2024 |
| Expiration | 1/31/2024 |
| Carrier | UnitedHealthcare |
| Agent of Record | Steven Hensley (NPN: 17541051) |

HENSLEY, STEVEN ANDREW, 10302 CECILE DR, FRISCO, TX, 750358186
LICENSING@LTCGLOBAL.COM



| | |
|---|---|
| Status | Cancelled |
| Effective | 2/1/2024 |
| Expiration | 12/31/2024 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | [redacted] |
| FFM ID | [redacted] |
| Carrier phone | 1(844) 390-4522 |
| Payment phone | (855) 882-1271 |
| Agent of Record | Matthew Ginberg (NPN: 19573961) |

**Matthew Ginberg is an agent with NCA Insurance, which is a downline agency of TrueCoverage**

GINBERG, MATTHEW ERIC, 951 BROKEN SOUND PKWY NW STE 108, BOCA RATON, FL, 334873531

| | |
|---|---|
| Plan Name | UHC Bronze Copay Focus $0 Indiv Med Ded ($0 Insulin) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | UnitedHealthcare |
| Agent of Record | ⓘ Alexis Vanella (NPN: 19762985) |

**Alexis Vanella is an agent with NCA Insurance, which is a downline agency of TrueCoverage**

VANELLA, ALEXIS, 1225 SEABAY RD, WESTON, FL, 333263324

| | |
|---|---|
| Plan Name | BSW Prime Silver HMO 003 (CMS Standardized Plan with $0 Pediatric PCP copay) - HMO |
| Status | Cancelled |
| Member | Paula Langley, Lee Langley |
| Effective | 2/1/2024 |
| Expiration | 12/31/2024 |
| Carrier | Scott and White Health Plan |
| Agent of Record | ⓘ Anthony Walters (NPN: 18767434) |

WALTERS, ANTHONY,
14902 PRESTON RD STE 404-325 DALLAS, TX, 752549191
TWALTERS@LONESTARSENIORINSURANCE.COM




JEROME, CHRISTIAN, 6300 NW 5TH WAY 100, FT LAUDERDALE, FL, 33309
https://peacetreeinsurance.com/major-medical/
christianj@peacetreeinsurance.com



LATTA, REGAN LEE
**REGAN ASSURANCE**
709 N THOMPSON ST
CONROE, TX 773012545



| | |
|---|---|
| Status | ✓ Enrolled |
| Effective | 4/1/2024 |
| Expiration | 12/31/2024 |
| Members | Paula Langley, Lee Langley |
| Subscriber ID | ■■■ |
| FFM ID | ■■■ |
| Carrier phone | 1(254) 298-3000 |
| Payment phone | (800) 321-7947 |
| Agent of Record ⓘ | HealthSherpa referral - submitted by Marsha Broyer (NPN: 19015085) |

For questions about ID cards, please contact the carrier directly.