UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60591-DAMIAN/Valle

CONSWALLO TURNER, TIESHA
FOREMAN, ANGELINA WELLS,
PAULA LANGLEY, VERONICA
KING, NAVAQUOTE, LLC
and WINN INSURANCE AGENCY, LLC,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

ENHANCE HEALTH, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN, LLC,
NUMBER ONE PROSPECTING, LLC
d/b/a MINERVA MARKETING,
BAIN CAPITAL INSURANCE FUND L.P.,
DIGITAL MEDIA SOLUTIONS LLC,
NET HEALTH AFFILIATES, INC.,
MATTHEW B. HERMAN,
BRANDON BOWSKY, GIRISH PANICKER,
and MATTHEW GOLDFUSS,

        Defendants.
_____/

**CLASS ACTION**

(Jury Trial Demanded)

### STIPULATION OF DISMISSAL OF TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC, BENEFITALIGN LLC, GIRISH PANICKER AND MATTHEW GOLDFUSS

Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, NavaQuote, LLC and WINN Insurance Agency LLC, together with the remaining Defendants in the case, TrueCoverage LLC, Speridian Technologies LLC, Benefitalign LLC, Girish Panicker and Matthew Goldfuss (collectively with Plaintiffs, the "Parties"), in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal without prejudice and state

that the Parties have resolved the claims and defenses asserted in this lawsuit and entered into a Settlement Agreement. The Parties have agreed to bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter the attached Order dismissing without prejudice all claims and defenses asserted in this lawsuit, with all Parties bearing their own attorneys' fees and costs.

Dated: May 27, 2025

By: /s/ *Jason K. Kellogg*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jason K. Kellogg, P.A.
Florida Bar No. 0578401
Primary email: jk@lklsg.com
Secondary email: ame@lklsg.com
Victoria J. Wilson
Florida Bar No. 92157
Primary email: vjw@lklsg.com
Secondary email: service@lklsg.com
100 Southeast Second Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Jason R. Doss*
**THE DOSS FIRM**
Jason R. Doss
Florida Bar No. 0569496
Primary email: jasondoss@dossfirm.com
1827 Powers Ferry Road Southeast
Atlanta, Georgia 30339
Telephone: (770) 578-1314
Facsimile: (770) 578-1302

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ *Amy Richardson*
**HWG, LLP**
Amy E. Richardson, Esq. *pro hac vice*
Primary: arichardson@hwglaw.com
Walter E. Anderson, Esq. *pro hac vice*
Primary: wanderson@hwglaw.com
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Tel: (919) 504-9833

*Attorneys for Defendants TrueCoverage, LLC, Benefitalign, LLC, Speridian Technologies, LLC, Girish Panicker, and Matthew Goldfuss*

CASE NO. 0:24-cv-60591-DAMIAN/Valle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2025, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record.

/s/ *Jason Kellogg*
Jason Kellogg