UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60591-CIV-DAMIAN

**CONSWALLO TURNER**, *et al.*,

      Plaintiffs,

v.

**ENHANCE HEALTH LLC**, *et al.*,

      Defendants.

_____/

ORDER ON STIPULATION OF DISMISSAL OF DEFENDANTS
TRUECOVERAGE, LLC, SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN LLC, GIRISH PANICKER, AND MATTHEW GOLDFUSS

**THIS CAUSE** is before the Court on the Stipulation of Dismissal filed by Plaintiffs, Conswallo Turner, Tiesha Foreman, Angelina Wells, Veronica King, Paula Langley, NavaQuote, LLC and WINN Insurance Agency LLC, and the remaining Defendants in the case, TrueCoverage LLC, Speridian Technologies LLC, Benefitalign LLC, Girish Panicker, and Matthew Goldfuss ("Defendants," and collectively with Plaintiffs, the "Parties"), [ECF No. 163] ("Stipulation"), filed on May 27, 2025. The Court notes that Defendants have not yet filed an answer or a motion for summary judgment.

THE COURT having considered the Stipulation and being otherwise fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

ORDERED AND ADJUDGED that the Parties' claims and defenses are hereby **DISMISSED WITHOUT PREJUDICE**, with the Parties to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**